IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COBALT LABORATORIES, INC., LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), ORCHID PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT LIMITED, and WOCKHARDT USA, INC.,<br><br>　　　　　　Defendants. | C.A. No. _____ |

## PLAINTIFF FOREST LABORATORIES HOLDINGS, LTD. RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories Holdings, Ltd. (a nongovernmental corporate party) makes the following disclosure statement:

### I.　PARENT CORPORATIONS

The parent corporation of Forest Laboratories Holdings, Ltd. is Forest Laboratories, Inc.

### II.　PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK

As of January 10, 2008, Forest Laboratories, Inc. owned 10% or more of Forest Laboratories Holdings, Ltd.'s stock.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Maryellen Noreika* |
|  | Jack B. Blumenfeld (# 1014) |
|  | Maryellen Noreika (#3208) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE 19899-1347 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
|  | mnoreika@mnat.com |
| *Of Counsel:* | *Attorneys for Plaintiffs* |

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

January 10, 2008

2