# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC.,              )
FOREST LABORATORIES HOLDINGS,           )
LTD., MERZ PHARMA GMBH & CO.            )
KGAA, and MERZ PHARMACEUTICALS          )
GMBH,                                   )
                                        )
      Plaintiffs,              )
                                        )
v.                                      )       C.A. No. _____
                                        )
COBALT LABORATORIES, INC., LUPIN        )
LTD., LUPIN PHARMACEUTICALS, INC.,      )
ORCHID CHEMICALS &                      )
PHARMACEUTICALS LTD. (d/b/a ORCHID      )
HEALTHCARE), ORCHID                     )
PHARMACEUTICALS, INC., TEVA             )
PHARMACEUTICALS USA, INC.,              )
UPSHER-SMITH LABORATORIES, INC.,        )
WOCKHARDT LIMITED, and                  )
WOCKHARDT USA, INC.,                    )
                                        )
      Defendants.              )
                                        )

## PLAINTIFF FOREST LABORATORIES, INC. RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories, Inc. (a nongovernmental corporate party) makes the following disclosure statement:

## I.    PARENT CORPORATIONS

Forest Laboratories, Inc. has no parent corporation.

## II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK

As of January 10, 2008, no publicly held corporation owns 10% or more of Forest Laboratories, Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800

January 10, 2008