✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Forest Laboratories, Inc., et al.,

                    Plaintiffs,                    **SUMMONS IN A CIVIL CASE**

          V.

Cobalt Laboratories, Inc., et al.,

          CASE NUMBER:    08 - 021

                    Defendants.

TO: (Name and address of Defendant)
          Lupin Pharmaceuticals, Inc.
          c/o State of Delaware - Secretary of State
          Division of Corporations
          John G. Townsend Building
          401 Federal Street - Suite 4
          Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

          Jack B. Blumenfeld
          Maryellen Noreika
          Morris, Nichols, Arsht & Tunnell LLP
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1/10/08

_____                    _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  January 11, 2007 | |
| NAME OF SERVER *(PRINT)*  *Richard Riley* | TITLE  Messenger | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Lupin Pharmaceuticals, Inc., c/o Secretary of State, Division of Corporations, John G. Townsend Building, 401 Federal Street, Suite 4, Dover, DE  19901 pursuant to 10 Del. C. § 3104

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/08                    *Richard Riley*
                  Date                  Signature of Server

                                        800 King Street
                                        Suite 102
                                        Wilmington, DE  19801
                                        Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.