IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 08-21-GMS-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WOCKHARDT USA INC. AND WOCKHARDT LIMITED'S
<u>STIPULATION TO EXTEND TIME</u>**

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendants Wockhardt USA Inc. and Wockhardt Limited (collectively, "Wockhardt") must move, answer or otherwise respond to the Complaint is extended through and including March 3, 2008. The extension is requested in part because counsel for Wockhardt is traveling out of the country just prior to the original deadline for responding to the Complaint. In addition, Wockhardt Limited is an Indian company and has agreed to accept service of the Complaint and also agreed not to challenge personal jurisdiction in this Court.

RLF1-3245364-1

| | |
|---|---|
| /s/ Maryellen Noreika | *Kelly E. Farnan* (signature) |
| Jack B. Blumenfeld (#1014) | Jeffrey L. Moyer (#3309) |
| jblumenfeld@mnat.com | Moyer@rlf.com |
| Maryellen Noreika (#3208) | Kelly E. Farnan (#4395) |
| mnoreika@mnat.com | Farnan@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | 302-651-7700 |
| Attorneys for Plaintiffs | Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited |

Dated: January 18, 2008


SO ORDERED this _____ day of January, 2008



_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court