IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | C.A. No. 08-021 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* F. Dominic Cerrito, Daniel L. Malone and Eric C. Stops of JONES DAY, 222 East 41st Street, New York, NY 10017, to represent plaintiffs Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH, in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of F. Dominic Cerrito, Daniel L. Malone and Eric C. Stops is granted.

Dated: _____    _____
                                                          United States District Judge

2

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

[x] has been paid to the Clerk of the Court; or

[ ] will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 18, 2008

_____
F. Dominic Cerrito
Jones Day
222 East 41st Street
New York, NY 10017

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

[X] has been paid to the Clerk of the Court; or

[ ] will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 18, 2008

_____
Daniel L. Malone
Jones Day
222 East 41st Street
New York, NY 10017

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

[X] has been paid to the Clerk of the Court; or

[ ] will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 18, 2008

_____
Eric C. Stops
Jones Day
222 East 41st Street
New York, NY 10017

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on January 22, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

                                            Maryellen Noreika (#3208)