IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Forest Laboratories Inc., Forest Laboratories Holdings Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH,<br><br>        Plaintiffs,<br><br>   v.<br><br>Cobalt Laboratories Inc., Lupin Pharmaceuticals Inc., Lupin Ltd., Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd., Teva Pharmaceuticals USA Inc., Upsher-Smith Laboratories Inc., Wockhardt USA Inc. and Wockhardt Limited,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 08-021-GMS-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III, Anne Shea Gaza, and the law

firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant

Upsher-Smith Laboratories Inc.

                     /s/ F. L. Cottrell III

                     Frederick L. Cottrell, III (#2555)
                     cottrell@rlf.com
                     Anne Shea Gaza (#4093)
                     gaza@rlf.com
                     Richards, Layton & Finger, P.A.
                     One Rodney Square
                     920 North King Street
                     Wilmington, DE 19801
                     302-651-7700

                     *Attorneys for Defendant*
                     *Upsher-Smith Laboratories Inc.*

Dated: January 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com