**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-0021-GMS-LPS |
| | ) | |
| COBALT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendant Cobalt Laboratories, Inc. shall answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including March 3, 2008. Counsel for Defendant have requested this extension to allow additional time to consider how they will respond to the complaint and to consult with their client as to their proposed course of action.

| | |
|---|---|
| _/s/ Jack B. Blumenfeld_ | _/s/ Mary B. Matterer_ |
| Jack B. Blumenfeld (I.D. #1014) | Richard K. Herrmann (I.D. #405) |
| Maryellen Noreika (I.D. #3208) | Mary B. Matterer (I.D. #2696) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Amy A. Quinlan (I.D. #3021) |
| 1201 N. Market Street | MORRIS JAMES LLP |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1500 |
| (302) 658-9200 | Wilmington, DE 19801-1494 |
| jblumenfeld@mnat.com | (302) 888-6800 |
| mnoreika@mnat.com | rherrmann@morrisjames.com |
| *Attorneys for Plaintiffs* | mmatterer@morrisjames.com |
| | aquinlan@morrisjames.com |
| | *Attorneys for Cobalt Laboratories, Inc.* |

**SO ORDERED** this ____ day of January, 2008

_____
United States District Court Judge