IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No.  08-0021-GMS-LPS |
| ) | |
| COBALT LABORATORIES, INC., et al., ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of William A. Rakoczy, Paul J. Molino, Deanne M. Mazzochi, Neil A. Benchell and John Polivick of the law firm of Rakoczy Molino Mazzochi Siwik LLP to represent Defendant Cobalt Laboratories, Inc. in this matter.

Dated:  January 24, 2008        */s/ Mary B. Matterer*
                Richard K. Herrmann (I.D. #405)
                Mary B. Matterer (I.D. #2696)
                Amy Arnott Quinlan (I.D. #3021)
                MORRIS JAMES LLP
                500 Delaware Avenue, Suite 1500
                Wilmington, DE 19801-1494
                (302) 888-6800
                mmatterer@morrisjames.com

                *Attorneys for Defendant*
                *Cobalt Laboratories, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date:  _____        _____
                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January 24, 2008

Signed: _____
William A. Rakoczy, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 527-2157

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January 24, 2008          Signed: /s/ Paul Molino
                                        Paul J. Molino, Esq.
                                        Rakoczy Molino Mazzochi Siwik LLP
                                        6 West Hubbard Street, Suite 500
                                        Chicago, Illinois 60610
                                        (312) 527-2157

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January 24, 2008          Signed: _____
                                Deanne M. Mazzochi, Esq.
                                Rakoczy Molino Mazzochi Siwik LLP
                                6 West Hubbard Street, Suite 500
                                Chicago, Illinois 60610
                                (312) 527-2157

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January 24, 2008        Signed: _____
                                      Neil A. Benchell, Esq.
                                      Rakoczy Molino Mazzochi Siwik LLP
                                      6 West Hubbard Street, Suite 500
                                      Chicago, Illinois 60610
                                      (312) 527-2157

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: January 24, 2008         Signed: _____
                                       John Polivick, Esq.
                                       Rakoczy Molino Mazzochi Siwik LLP
                                       6 West Hubbard Street, Suite 500
                                       Chicago, Illinois 60610
                                       (312) 527-2157