IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Forest Laboratories Inc., Forest Laboratories Holdings Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 08-021-GMS-LPS |
| Cobalt Laboratories Inc., Lupin Pharmaceuticals Inc., Lupin Ltd., Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd., Teva Pharmaceuticals USA Inc., Upsher-Smith Laboratories Inc., Wockhardt USA Inc. and Wockhardt Limited, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anne Shea Gaza hereby enters her appearance on behalf of Defendant Upsher-Smith Laboratories Inc.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Dated: January 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Mary Matterer
MorrisJames LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on January 25, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

John M. Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Daniel L. Malone
Jones Day
222 East 41st Street
New York, NY 100017

_____
Anne Shea Gaza (#4093)
gaza@rlf.com

-2- RLF1-3246943-1