IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Forest Laboratories Inc., Forest Laboratories Holdings Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH,<br><br>        Plaintiffs,<br><br>v.<br><br>Cobalt Laboratories Inc., Lupin Pharmaceuticals Inc., Lupin Ltd., Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd., Teva Pharmaceuticals USA Inc., Upsher-Smith Laboratories Inc., Wockhardt USA Inc. and Wockhardt Limited,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 08-021-GMS-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT UPSHER-SMITH LABORATORIES, INC.'S
<u>DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Upsher-Smith Laboratories, Inc. ("USL") hereby files its Disclosure Statement and states:

USL does not have a parent corporation. No publicly held corporation owns 10% or more of USL's stock.

                                                                      /s/ Anne Shea Gaza
                                                                       Frederick L. Cottrell, III (#2555)
                                                                       cottrell@rlf.com
                                                                       Anne Shea Gaza (#4395)
                                                                       gaza@rlf.com
                                                                       Richards, Layton & Finger, P.A.
                                                                       One Rodney Square
                                                                       920 North King Street
                                                                       Wilmington, DE 19801
                                                                       302-651-7700

                                                                       *Attorneys for Defendant*
Dated: January 25, 2008                                 *Upsher-Smith Laboratories Inc.*

RLF1-3247355-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Maryellen Noreika  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
P. O. Box 1347  
Wilmington, DE  19899

Mary Matterer  
MorrisJames LLP  
500 Delaware Avenue  
Suite 1500  
Wilmington, DE  19801

Kelly E. Farnan  
Richards, Layton & Finger  
One Rodney Square  
920 North King Street  
P. O. Box 551  
Wilmington, DE  19899

I hereby certify that on January 25, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

John M. Desmarais  
Kirkland & Ellis LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY  10022-4611

Daniel L. Malone  
Jones Day  
222 East 41st Street  
New York, NY  100017

_/s/ Anne Shea Gaza_  
Anne Shea Gaza (#4093)  
gaza@rlf.com

RLF1-3246944-1