IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED, <br><br> Defendants. | C.A. No. 08-021 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1. I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2. Defendant Upsher-Smith Laboratories, Inc. ("Upsher") is a Minnesota corporation having a principal place of business at 6701 Evenstad Drive, Maple Grove, Minnesota 55369.

3. The Summons and Complaint in this action were served on defendant Upsher on January 11, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware

Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 14, 2007.

4.  On January 14, 2008, copies of the Summons and Complaint were sent by registered mail to Upsher, 6701 Evenstad Drive, Maple Grove, Minnesota 55369, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Upsher personally within this state. *See* Exhibit A.

5.  The registered mail return receipt that I received on January 25, 2008, shows that Upsher received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Maryellen Noreika (#3208)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on January 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

Frederick L. Cottrell, III, Esquire  
Anne Shea Gaza, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

_____  
Maryellen Noreika (#3208)

# Exhibit A

## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 14, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Upsher-Smith Laboratories, Inc.
6701 Evenstad Drive
Maple Grove, MN  55369

      Re:    Service of Process
               *Forest Laboratories, Inc., et al. v. Cobalt Laboratories Inc., et al.*
               C.A. No. 08-021

To whom it may concern:

      Enclosed are copies of the Summons, Complaint for patent infringement against Upsher-Smith Laboratories, Inc., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements in this action, which were served on the Delaware Secretary of State on January 11, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Upsher-Smith Laboratories, Inc. personally within the State of Delaware.

                                            Sincerely,

                                            Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

