IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED, <br><br> Defendants. | C.A. No. 08-021 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1. I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2. Defendant Lupin Ltd. ("Lupin") is an Indian corporation having a principal place of business at Laxmi Towers, B Wing, Bandra Kurla Complex, Bandra (East), Mumbai, Maharashtra 400 051, India.

3. Pursuant to Lupin's December 13, 2007 Notice of Paragraph IV Certification letter, Mark Attar, Esquire is an agent in the United States authorized to accept service on behalf of Lupin.

4. The Summons and Complaint in this action were served on defendant Lupin on January 11, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 14, 2007.

5. On January 14, 2008, copies of the Summons and Complaint were sent by registered mail to Lupin, c/o Mark Attar, Esquire, SCHIFF HARDIN, LLP, 1666 K. Street, N.W., Suite 300, Washington, DC 20036, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Lupin personally within this state. *See* Exhibit A.

6. The registered mail return receipt that I received on January 29, 2008, shows that Lupin received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Maryellen Noreika (#3208)

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on January 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

_____
Maryellen Noreika (#3208)

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 14, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Lupin Ltd.
c/o Mark Attar, Esquire
SCHIFF HARDIN, LLP
1666 K. Street, N.W.
Suite 300
Washington, DC 20036

        Re:    Service of Process
                   *Forest Laboratories, Inc., et al. v. Cobalt Laboratories Inc., et al.*
                   C.A. No. 08-021

Dear Mr. Attar:

        Pursuant to Lupin Ltd. designation of you as a person authorized to accept service of process in connection with its December 13, 2007 paragraph IV certification letters, enclosed for service of process are copies of the Summons, Complaint for patent infringement, Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements.

                                               Sincerely,

                                               Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lashan Christian*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>L. Christian  1.16.08 |
| 1. Article Addressed to:<br>Lupin Ltd<br>c/o Mark Attar, Esq<br>Schiff Hardin LLP<br>1666 K Street, NW<br>Suite 300<br>Washington DC 20036 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*)  RA 122 311 014 US | MN |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Registered No.** RA 122 311 014 US

Reg. Fee: $9.50
Handling Charge:
Postage: $1.99
Return Receipt: 2.15
Restricted Delivery:
Received by: [signature]
Customer Must Declare Full Value $  ☐ With Postal Insurance  ☒ Without Postal Insurance

Date Stamp: SO STA WILMINGTON DE 19801 — JAN 14 2008 — USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899    MN

TO: Lupin Ltd. c/o Mark Attar
Schiff Hardin LLP
1666 K Street northwest
Washington DC 20036

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®