UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
FOREST LABORATORIES, INC.,                              :
FOREST LABORATORIES HOLDINGS, LTD.,       :
MERZ PHARMA GMBH & CO. KGAA, and           :
MERZ PHARMACEUTICALS GMBH,                    :
                                                                         :
                              Plaintiffs,                          :   Civ. Action No. 08 CV 021 (GMS-LPS)
                                                                         :
              v.                                                        :
                                                                         :
COBALT LABORATORIES, INC., LUPIN          :
PHARMACEUTICALS, INC., LUPIN LTD.,          :
ORCHID PHARMACEUTICALS, INC., ORCHID :
CHEMICALS AND PHARMACEUTICALS LTD. :
(D/B/A ORCHID HEALTHCARE), TEVA              :
PHARMACEUTICALS USA, INC.,                        :
UPSHER-SMITH LABORATORIES, INC.,             :
WOCKHARDT USA, INC. AND WOCKHARDT  :
LIMITED,                                                              :
                                                                         :
                              Defendants.                       :
---------------------------------------------------------------x

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Teva Pharmaceuticals USA, Inc. hereby discloses that (1) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Ltd., Teva Pharmaceuticals Europe (Holland) and Teva Pharmaceutical Industries Ltd. (Israel); and (2) Teva Pharmaceutical Industries Ltd. is the only publicly-traded company that owns—through the aforementioned chain—10% or more of Teva Pharmaceuticals USA, Inc.

SL1 782604v1/030421.00279

                        Respectfully submitted,

                        STEVENS & LEE, P.C.

Dated: February 1, 2008

                        _____
                        Joseph Grey (No. 2358)
                        Thomas G. Whalen, Jr. (No. 4034)
                        1105 North Market Street, 7th Floor
                        Wilmington, DE 19801
                        Tel:   (302) 654-5180
                                 (302) 425-3307
                        Fax:  (302) 654-5181
                                 (610) 371-8512
                        E-mail: jg@stevenslee.com
                                tgw@stevenslee.com

                        *Attorneys for Defendant*
                        *Teva Pharmaceuticals USA, Inc.*

*Of Counsel*

KENYON & KENYON LLP
Steven J. Lee
Sheila Mortazavi
One Broadway
New York, NY 10004
Telephone: 212-425-7200
Facsimile: 212-425-5288
E-mail: slee@kenyon.com
        smortazavi@kenyon.com

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 1st day of February, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the following *Rule 7.1 Corporate Disclosure Statement* were served by first class United States mail, postage prepaid, upon counsel at the following addresses:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John Desmarais, Esquire
Gerald J. Flattman, Jr., Esquire
Melanie R. Rupert, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10021

F. Dominic Cerrito, Esquire
Daniel C. Malone, Esquire
Eric C. Stops, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Amy Arnott Quinlan, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

_____
Joseph Grey