UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD. MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>               Plaintiffs,<br>v.<br><br>COBALT LABORATORIES, INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS, INC., ORCHID CHEMICALS AND PHARMACEUTICALS LTD. (D/B/A ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA, INC. AND WOCKHARDT LIMITED,<br><br>               Defendants. | Civ. Action No. 08 CV 021 (GMS-LPS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Thomas G. Whalen, Jr., a member of the Bar of this Court, acting pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, hereby moves for the admission *pro hac vice* of Steven J. Lee, Esquire, of the law firm Kenyon & Kenyon LLP at One Broadway, New York, NY 10004-1007 to represent the Defendant Teva Pharmaceuticals USA, Inc. in this action.

Dated: February 15, 2008

STEVENS & LEE, P.C.

_/s/ Thomas G. Whalen, Jr._
Joseph Grey (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 654-5180
Fax: (302) 654-5181
E-mail: jg@stevenslee.com
        tgw@stevenslee.com

SL1 794648v1/030421.00279

## CERTIFICATION BY COUNSEL TO BE ADMITTED

Pursuant to Local Civil Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, I am admitted, practicing, and in good standing as a member of the Bars of the States of New York and New Jersey and, pursuant to Local Civil Rule 83.6, I submit to the jurisdiction of the United States District Court for the District of Delaware for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I am generally familiar with the Rules of this Court. In accordance with the Local Rules and applicable orders, a $25.00 fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Date: February \_\_, 2008

Steven J. Lee, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
TEL: (212) 425-7200
FAX: (212) 425-5288
E-MAIL: slee@kenyon.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that the foregoing motion for admission *pro hac vice* is granted.

Date: _____

_____
Gregory M. Sleet
United States District Judge

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that, on this 15th day of February, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Motion for Admission were served by first class United States mail, postage prepaid, upon the parties listed below:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jake M. Holdreith, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 L.aSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
920 North Icing Street
P. 0. Box 551
Wilmington, DE 19899

William A. Rakoczy, Esquire
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Neil A. Benchell Esquire
John Polivick, Esquire
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610

David E. Marder, Esquire
Yixin H. Tang, Esquire
Robins, Icaplan, Miller & Ciresi L.L.P
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Amy Arnott Quinlan, Esquire
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494

F. Dominic Cerrito, Esquire
Daniel L. Malone, Esquire
Eric C. Stops, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

SL1 794648v1/030421.00279

John M. Desmarais, Esquire
Gerald J. Flattmann, Jr., Esquire
Melanie R. Rupert, Esquire
Kirkland & Ellis LP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

_____
Thomas G. Whalen, Jr.