IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., et al.,                )
                                                  )
                Plaintiffs,                       )
                                                  )
        v.                                        )
                                                  )  C.A. No. 08- 021-GMS-LPS
COBALT LABORATORIES, INC., et al.                 )
                                                  )
                Defendants.                       )
                                                  )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Douglas C. Hochstetler, D. Christopher Ohly, Sailesh K. Patel, and Luke T. Shannon, of Schiff Hardin LLP to represent defendants Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd. in this matter. I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

February 27, 2008                                 BAYARD, P.A.

OF COUNSEL:                                       /s/ Richard D. Kirk (rk0922)
                                                  Richard D. Kirk(0922)
SCHIFF HARDIN LLP                                 Ashley B. Stitzer(3891)
Douglass C. Hochstetler                           222 Delaware Avenue, Suite 900
Sailesh K. Patel                                  P.O. Box 25130
Luke T. Shannon                                   Wilmington, Delaware 19899
6600 Sears Tower                                  (302) 655-5000
Chicago, IL 60606                                 rkirk@bayardfirm.com
(312) 258-5500
   -and-                                          *Attorneys for Defendants,*
D. Christopher Ohly                               *Lupin Pharmaceuticals USA, Inc.*
1666 K Street, N.W., Suite 300                    *and Lupin, Ltd.*
Washington, D.C. 20036
(202) 778-6400

{00744616;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this motion.

February 25, 2008

Signed: _____
Douglass C. Hochstetler, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this motion.

February 20th, 2008

Signed: _____
D. Christopher Ohly, Esq.
Schiff Hardin LLP
1666 K Street, N.W. Suite 300
Washington, D.C. 20006
(202) 778-6400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this motion.

February 25, 2008         Signed: _____
                          Sailesh K. Patel, Esq.
                          Schiff Hardin LLP
                          6600 Sears Tower
                          Chicago, IL 60606
                          (312) 258-5500

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this motion.

February 25, 2008           Signed: _____
                            Luke T. Shannon, Esq.
                            Schiff Hardin LLP
                            6600 Sears Tower
                            Chicago, IL 60606
                            (312) 258-5500

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 27, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, Delaware 19899

Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899

Thomas G. Whalen, Jr., Esquire
Joseph Grey, Esquire
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Kelly Farnan, Esquire
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Kelly E. Farnan, Esquire
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that, on February 27, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00734072;v1}