IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | Civil Action No. 08-0021 (GMS)(LPS) |

## COBALT LABORATORIES INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cobalt Laboratories Inc. states as follows:

1. Cobalt Laboratories Inc. is a private corporation organized and existing under the laws of the State of Delaware. Cobalt Laboratories Inc. is an 89% owned subsidiary of Arrow Pharmaceutical Holdings Limited.

2. Arrow Pharmaceutical Holdings Limited is a private corporation organized and existing under the laws of Malta. Arrow Pharmaceutical Holdings Limited is a wholly owned subsidiary of Robin Hood Holdings Limited.

3. Robin Hood Holdings Limited. is a private corporation organized and existing under the laws of Malta.

4. There is no publicly held affiliate that owns 10% or more of Cobalt Laboratories Inc. stock.

Dated: March 3, 2008

Respectfully submitted,

COBALT LABORATORIES INC.

By: _____
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
mmatterer@morrisjames.com

Of Counsel (*pro hac vice*):
Paul J. Molino
William A. Rakoczy
Deanne M. Mazzochi
Neil A. Benchell
John D. Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 527-2157
Facsimile: (312) 527-4205

*Attorneys for Defendant
Cobalt Laboratories Inc.*