IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., <br> FOREST LABORATORIES HOLDINGS, LTD., <br> MERZ PHARMA GMBH & CO. KGAA, and <br> MERZ PHARMACEUTICALS GMBH, <br>             Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED, <br>             Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-021-GMS-LPS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**WOCKHARDT LIMITED AND WOCKHARDT USA, INC.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Wockhardt Limited and Wockhardt USA, Inc., state:

1. Wockhardt USA, Inc. is a wholly-owned subsidiary of Wockhardt EU Operations (Swiss) AG, which is a wholly-owned subsidiary of Wockhardt Limited, which is a publicly traded company organized and existing under the laws of India.

2. No publicly-held corporation owns ten percent or more of Wockhardt Limited's stock.

| | |
|---|---|
| OF COUNSEL: <br> Michael Dzwonczyk <br> Mark Boland <br> Chid Iyer <br> Sughrue Mion, PLLC <br> 2100 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20037 <br> (202) 293-7060 <br><br> Dated: March 3, 2008 | /s/ Kelly E. Farnan <br> Jeffrey L. Moyer (#3309) <br> Moyer@rlf.com <br> Kelly E. Farnan (#4395) <br> Farnan@rlf.com <br> Richards, Layton & Finger, P.A. <br> 920 North King Street <br> Wilmington, DE 19801 <br> 302-651-7700 <br> *Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited* |

RLF1-3259162-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY and E-MAIL:**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Mary Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19899

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Kelly E. Farnan
Kelly E. Farnan (#4395)