IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>    Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>    Defendants. | C.A. No. 08-021 (GMS) |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS
TO RESPOND TO ORCHID HEATHCARE'S MOTION TO DISMISS**

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Inc., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively "Plaintiffs") and Defendant Orchid Chemicals & Pharmaceuticals Ltd. ("Orchid Healthcare") hereby stipulate, subject to the approval of the Court, as follows:

    1.    Orchid Healthcare filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Orchid's Motion," D.I. 43) on March 3, 2008. Plaintiffs' response to Orchid Healthcare's Motion is due March 20, 2008.

2. Orchid and Plaintiffs agree that, as a result of Orchid Healthcare's Motion, jurisdictional discovery from Orchid Healthcare is appropriate at this time.

3. Orchid Healthcare has agreed to provide Plaintiffs with jurisdictional discovery. The terms and scope of this discovery shall be set forth in a separate agreement to be submitted to the Court within two weeks of the date that this Stipulation and Order is entered by the Court.

4. Orchid Healthcare has further consented to an extension of Plaintiffs' deadline to respond to Orchid Healthcare's Motion. The parties have agreed, subject to the approval of the Court, that the time for Plaintiffs to respond to Orchid Healthcare's Motion shall be extended until the earlier of (i) 10 days following the completion of jurisdictional discovery; or (ii) 90 days from the date this Order is signed.

Plaintiffs have received no prior extensions of time in connection with responding to Orchid Healthcare's Motion and the requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in this case at this time.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *David E. Moore* |
| Jack B. Blumenfeld (# 1014)<br>Maryellen Noreika (# 3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard L. Horwitz (# 2246)<br>David E. Moore (# 3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Orchid Healthcare* |

| *Of Counsel:* | *Of Counsel:* |
|---|---|
| John Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>(212) 446-4800 | Kenneth G. Schuler<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(312) 876-7700 |
| F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3939 | Terrence J. Connolly<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022<br>(212) 906-1200 |
| | Darryl H. Steensma<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>(619) 236-1234 |

SO ORDERED this _____ day of March, 2008.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Richard D. Kirk, Esquire
        Ashley B. Stitzer, Esquire
        BAYARD, P.A.

I further certify that I caused to be served copies of the foregoing document on March 19, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

Kelly E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.                              *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire                                   *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire                          *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire                                       *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Upsher-Smith Laboratories Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Kenneth G. Schuler, Esquire                                  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

| | |
|---|---|
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)