IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., et al.   :

      Plaintiffs   :

v.   : Civil Action No. 08-21 GMS

COBALT LABORATORIES, INC., et al.   :

      Defendants   :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 19th of March 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Leonard P. Stark shall:

   1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

   2. Hear and determine all discovery disputes.

   3. Conduct alternate dispute resolution.

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED

MAR 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE