IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | C.A. No. 08-21 (GMS) |

### PLAINTIFFS' REPLY TO DEFENDANT
### COBALT LABORATORIES INC.'S COUNTERCLAIMS

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendant/Counterclaimant Cobalt Laboratories Inc. ("Cobalt") (D.I. 47), hereby allege as follows:

#### The Parties

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

## Jurisdiction and Venue

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

## Patent-In-Suit

10. Admitted.

11. Admitted.

12. Admitted.

## Reply to Count I
### (Declaration of Non-Infringement of the '703 Patent)

13. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-12 as though set forth specifically herein.

14. Admitted.

15. Denied.

16. Denied.

## Reply to Count II
### (Declaration of Invalidity of the '703 Patent)

17. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-16 as though set forth specifically herein.

18. Admitted.

19. Denied.

20. Denied.

### Reply to Count III
### (Declaration of Unenforceability of the '703 Patent)

21. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-20 as though set forth specifically herein.

22. Admitted.

23. Denied. Cobalt fails to state a cause of action upon which relief can be granted pursuant to Rule 9, Fed. R. Civ. P.

24. Denied. Cobalt fails to state a cause of action upon which relief can be granted pursuant to Rule 9, Fed. R. Civ. P.

### Reply to Cobalt's Prayer for Relief

Wherefore, Plaintiffs/Counterclaim Defendants deny that Cobalt is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Cobalt's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant/Counterclaimant Cobalt Laboratories Inc.'s Counterclaims.

### Reply to Jury Demand

Plaintiffs/Counterclaim Defendants deny that Cobalt has a right to a trial by jury with respect to any claims, defenses or counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

March 26, 2008

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Richard D. Kirk, Esquire
        Ashley B. Stitzer, Esquire
        BAYARD, P.A.

I further certify that I caused to be served copies of the foregoing document on March 26, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL  60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

Kelly E. Farnan, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Counsel for Wockhardt USA Inc. and Wockhardt Limited*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Michael Dzwonczyk, Esquire  
Mark Boland, Esquire  
Chid Iyer, Esquire  
SUGHRUE MION, PLLC  
2100 Pennsylvania Avenue, N.W.  
Washington, DC 23307  
*Counsel for Wockhardt USA Inc. and Wockhardt Limited*

*VIA ELECTRONIC MAIL*

Frederick L. Cottrell, III, Esquire  
Anne Shea Gaza, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Richard L. Horwitz, Esquire  
David E. Moore, Esquire  
POTTER ANDERSON & CORROON LLP  
1313 North Market Street – 6th Floor  
Wilmington, DE 19801  
*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)*

Kenneth G. Schuler, Esquire  
LATHAM & WATKINS LLP  
Sears Tower – Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)*

*VIA ELECTRONIC MAIL*

| | |
|---|---|
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)