IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | C.A. No. 08-21 (GMS) |

**PLAINTIFFS' REPLY TO DEFENDANTS WOCKHARDT USA INC.'S
AND WOCKHARDT LIMITED'S COUNTERCLAIMS**

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendants/Counterclaimants Wockhardt USA Inc. and Wockhardt Limited (collectively "Wockhardt") (D.I. 49), hereby allege as follows:

**Parties, Jurisdiction and Venue**

78. Admitted, upon information and belief.

79. Admitted.

80. Admitted.

81. Admitted.

82. Admitted.

83. Admitted.

84. Admitted.

85. Admitted.

### The Controversy

86. Admitted that on January 10, 2008, Forest and Merz filed the present action against Wockhardt alleging infringement of the '703 patent, arising out of Wockhardt's submission of ANDA No. 90-073. Otherwise denied.

87. Admitted.

88. Denied that Forest has represented to the FDA that one or more claims of the '703 patent claim a chemical compound. Otherwise admitted.

89. Admitted, upon information and belief.

90. Admitted.

91. Admitted that Wockhardt made an offer of confidential access to Forest under 21 U.S.C. § 355(j)(5)(C), offering to provide access to its ANDA No. 90-073 to Forest. Admitted that on January 10, 2008, Forest and Merz filed the present action against Wockhardt alleging infringement of the '703 patent, arising out of Wockhardt's ANDA No. 90-073. Otherwise denied.

92. Admitted that Wockhardt has submitted ANDA No. 90-073 to the FDA seeking approval of its proposed generic memantine products. Otherwise denied.

93. Admitted.

### Reply to Counterclaim I
### (Noninfringement of the '703 Patent)

94. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 78-93 as though set forth specifically herein.

95. Denied, upon information and belief.

96. Denied.

97. Denied.

### Reply to Counterclaim II
### (Invalidity and Unenforceability of the '703 Patent)

98. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 78-97 as though set forth specifically herein.

99. Denied.

100. Denied. Wockhardt fails to state a cause of action upon which relief can be granted pursuant to Rule 9, Fed. R. Civ. P, with respect to enforceability of any claim of the '703 patent.

### Reply to Wockhardt's Demand for Judgment

Wherefore, Plaintiffs/Counterclaim Defendants deny that Wockhardt is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Wockhardt's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants/Counterclaimants Wockhardt USA Inc.'s and Wockhardt Limited's Counterclaims.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jack B. Blumenfeld*

                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      mnoreika@mnat.com

                                      *Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

March 26, 2008

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Richard D. Kirk, Esquire
        Ashley B. Stitzer, Esquire
        BAYARD, P.A.

I further certify that I caused to be served copies of the foregoing document on March 26, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

Kelly E. Farnan, Esquire                         *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.                   *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire                       *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire              *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire                           *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Upsher-Smith Laboratories Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Kenneth G. Schuler, Esquire                      *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL  60606
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Terrence J. Connolly, EsquireVIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
885 Third Avenue – Suite 1000
New York, NY 10022-4834
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Darryl H. Steensma, EsquireVIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
12636 High Bluff Drive – Suite 300
San Diego, CA 92130
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Richard D. Kirk, EsquireVIA ELECTRONIC MAIL
Ashley B. Stitzer, Esquireand HAND DELIVERY
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
*Counsel for Lupin Pharmaceuticals USA, Inc.*
*and Lupin, Ltd.*

Douglass C. Hochstetler, EsquireVIA ELECTRONIC MAIL
D. Christopher Ohly, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
*Counsel for Lupin Pharmaceuticals USA, Inc.*
*and Lupin, Ltd.*

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)