# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 9, 2008

The Honorable Leonard P. Stark            *VIA ELECTRONIC FILING*
United States Magistrate Judge
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re: *Forest Laboratories, Inc. v. Cobalt Laboratories, Inc., et al.*
> Civil Action No. 08-021-GMS-LPS

Dear Judge Stark:

Orchid argued in its letter yesterday, that to support its personal jurisdiction motion, it needs discovery from Forest and Merz concerning the locations of their principal places of business. Orchid stated that "for patent infringement, the situs of the injury is deemed to be the location of the patent holder's principal place of business (citing *Applied Biosystems, Inc. v. Cruachem, Ltd*, 772 F.Supp 1458, 1468 (D. Del. 1991), and *Foster Wheeler Energy Corp. v. Metallgeselschaft AG*, 1993 WL 669447 (D. Del. Jan 4, 1993)). After those decisions, however, the Federal Circuit specifically rejected the notion that the situs of the injury is the location of the patent holder's principal place of business. *Beverly Hills Fan Co. v. Royal Sovereign Corp.*, 21 F.3d 1558, 1571 (Fed. Cir. 1994).

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)

JBB/cbh
cc: Clerk of the Court (Via Hand Delivery)
    All Counsel of Record (Via Electronic Mail)