IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., <br> FOREST LABORATORIES HOLDINGS, LTD., <br> MERZ PHARMA GMBH & CO. KGAA, and <br> MERZ PHARMACEUTICALS GMBH, <br>     Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES INC., LUPIN <br> PHARMACEUTICALS, INC., LUPIN LTD., <br> ORCHID PHARMACEUTICALS INC., <br> ORCHID CHEMICALS & PHARMACEUTICALS <br> LTD. (d/b/a ORCHID HEALTHCARE), TEVA <br> PHARMACEUTICALS USA, INC., UPSHER- <br> SMITH LABORATORIES, INC., WOCKHARDT <br> USA INC., and WOCKHARDT LIMITED, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-021-GMS-LPS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Mark Boland and Michael R. Dzwonczyk to represent Defendants Wockhardt USA Inc. and Wockhardt Limited in this matter.

OF COUNSEL:
Mark Boland
Michael R. Dzwonczyk
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060

Dated: April 15, 2008

/s/ Kelly E. Farnan
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants Wockhardt USA Inc.*
*and Wockhardt Limited*

IT IS SO ORDERED this _____ day of April, 2008.

_____
U.S. District Court Judge

RLF1-3272767-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Mark Boland* (signature)

---
Mark Boland
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20037

DATE: February 29, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Michael R. Dzwonczyk
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20037

DATE: April 14, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY:**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

Mary Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Joseph Grey
Stevens & Lee
1105 North Market Street -7th Floor
Wilmington, DE 19801

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Kelly E. Farnan (#4395)