IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | C.A. No. 08-21 (GMS) (LPS) |

**PLAINTIFFS' RULE 30(b)(6) NOTICE OF DEPOSITION FOR
ORCHID CHEMICALS & PHARMACEUTICALS LTD.
IN CONNECTION WITH JURISDICTIONAL DISCOVERY**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6), Fed. R. Civ. P., and the parties' Stipulated Jurisdictional Discovery Schedule (D.I. 64), Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs") will take the deposition upon oral examination of Defendant Orchid Chemicals and Pharmaceuticals, Ltd. ("Orchid India") regarding the subject matter set forth in the attached Schedule A.

This deposition will begin at 9:30 a.m. on May 23, 2008 at the offices of Kirkland & Ellis LLP, Citigroup Center, 153 E. 53rd Street, New York, New York, or at such other time

and place as may be agreed upon by counsel in writing. The examination will be taken before an officer authorized to administer oaths pursuant to Rule 28, Fed. R. Civ. P., and will continue from day to day until completed. The testimony at the deposition will be recorded by videographic and stenographic means.

In accordance with Rule 30(b)(6), Fed. R. Civ. P., Orchid India shall designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf as to each of the topics set forth in the attached Schedule A. Plaintiffs request that Orchid India provide counsel for Plaintiffs with the identity and *curriculum vitae* of each of the individual(s) who will testify regarding each topic at least four business days in advance of the deposition.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              /s/ Jack B. Blumenfeld
                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              mnoreika@mnat.com

                              *Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 326-3939

April 24, 2008

## SCHEDULE A

### Definitions and Instructions

The definitions set forth in Plaintiffs' Requests for the Production of Documents and Things in Connection with Jurisdictional Discovery from the Orchid Defendants are hereby incorporated by reference.

### Topics of Examination

1. Any activities of Orchid occurring in Delaware from 2002 to present.

2. Any contractual, employment or business relationship between Orchid and any person or entity located or incorporated in Delaware.

3. Orchid's development of any product offered for sale in the United States, including Delaware, from 2002 until the present.

4. Any sale or offer for sale of any product or service by Orchid in the United States, including Delaware, from 2002 until the present.

5. Any advertisements, promotions, marketing, sales calls or other solicitations of business by Orchid in the United States, including in Delaware, from 2002 until the present.

6. The identity and volume, in dollar, unit and percentage amounts, of any Orchid products sold, distributed, imported, dispensed or otherwise handled generally in the United States, including in Delaware, from 2002 until the present.

7. Orchid's expectations or projections for sales of the generic product defined by Abbreviated New Drug Application ("ANDA") No. 90-044 in the United States, including in Delaware.

8. Any property, office space, industrial space, warehouse space or tangible items that Orchid has owned or leased in Delaware from 2002 until the present, and the use of such property.

9. Any registration, license, or permit, or application therefore, by Orchid with or to any Delaware governmental entity.

10. Any agreements or contracts entered into between Orchid and any person or entity located or incorporated in Delaware.

11. Any purchases by Orchid from vendors or suppliers located or incorporated in Delaware.

12. Any seminars, trade shows, conferences, conventions, symposia or meetings that Orchid or its employees or agents have attended in Delaware from 2002 until the present.

13. Any Medicaid payments that have been tendered directly or indirectly to Orchid in consideration for the sale of any Orchid product or service in Delaware from 2002 until the present.

14. The corporate relationship between and among Orchid India, Orchid Pharmaceuticals Inc., and Orgenus Pharma Inc.

15. The relationship between Orchid India and any subsidiaries or other affiliated companies incorporated or with a principal place of business in Delaware.

16. The preparation and submission of Abbreviated New Drug Application ANDA. No. 90-044 and its concurrent Paragraph IV certification.

17. Orchid's pre-suit knowledge of any Plaintiff or the NAMENDA® brand memantine products.

18. Orchid's expectations of, or preparations for, being sued by either Plaintiff for patent infringement in response to ANDA No. 90-044 and its concurrent Paragraph IV certification against Plaintiffs' patent.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Richard D. Kirk, Esquire
        Ashley B. Stitzer, Esquire
        BAYARD, P.A.

I further certify that I caused to be served copies of the foregoing document on April 24, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

Kelly E. Farnan, Esquire                                               *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.                                           *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire                                             *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire                                    *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire                                                   *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Upsher-Smith Laboratories Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Kenneth G. Schuler, Esquire                                            *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL  60606
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

| | |
|---|---|
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)