IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-21-GMS-LPS |
| COBALT LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-22-GMS-LPS |
| BARR LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-52-GMS-LPS |
| DR. REDDY'S LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **1ˢᵗ** day of **May, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **May 20, 2008 at 10:00 a.m.** with Magistrate Judge Stark to discuss the status of these actions.

2

**Plaintiffs' counsel shall initiate the teleconference call to 302-573-5473.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE