IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | C.A. No. 08-021 (GMS) (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Responses to the Orchid Defendants' First Set of Interrogatories to Plaintiffs* were caused to be served on May 19, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                               *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP                             *and FIRST CLASS MAIL*
1313 North Market Street – 6th Floor
Wilmington, DE 19801
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

| | |
|---|---|
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY  10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA  92130<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Maryellen Noreika*
           _____
           Jack B. Blumenfeld (#1014)
           Maryellen Noreika (#3208)
           1201 North Market Street
           P.O. Box 1347
           Wilmington, DE 19899-1347
           (302) 658-9200
           jblumenfeld@mnat.com
           mnoreika@mnat.com

           *Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

May 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer, Esquire
>MORRIS JAMES LLP
>
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Richard D. Kirk, Esquire
>Ashley B. Stitzer, Esquire
>BAYARD, P.A.
>
>Joseph Grey, Esquire
>Thomas G. Whalen, Jr., Esquire
>STEVENS & LEE, P.C.

I further certify that I caused to be served copies of the foregoing document on May 19, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                    *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP                                             *and HAND DELIVERY*
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Counsel for Cobalt Laboratories Inc.*

William A. Rakoczy, Esquire                                  *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Neil A. Benchell, Esquire
John Polivick, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60610
*Counsel for Cobalt Laboratories Inc.*

Kelly E. Farnan, Esquire                                                                                   *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.                                                              *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire                                                                         *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire                                                                     *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire                                                                               *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Upsher-Smith Laboratories Inc.*

Richard L. Horwitz, Esquire                                                                           *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                                                                *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Kenneth G. Schuler, Esquire                                                                           *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL  60606
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

| | |
|---|---|
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY  10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA  92130<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>    *and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL  60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE  19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL*<br>    *and HAND DELIVERY* |

Steven J. Lee, Esquire                                             *VIA ELECTRONIC MAIL*
Sheila Mortazavi, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY  10004


                                        */s/ Maryellen Noreika*
                                        _____
                                        Maryellen Noreika (#3208)