

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 27, 2008

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:   *Forest Laboratories Inc. v. Cobalt Laboratories Inc., et al.,*
             C.A. No. 08-21-GMS-LPS

Dear Magistrate Judge Stark:

      I am writing on behalf of the Orchid defendants as directed during the status call with the Court on Tuesday, May 10. At this point, the Orchid defendants do not oppose the concept of a single, consolidated scheduling order for all of the actions that were a part of the May 10 call, including the newly-filed action against Orgenus, an Orchid-related entity. Having agreed to that concept, however, it is without waiver of or prejudice to our motion to dismiss for lack of personal jurisdiction (and we will most likely take the same lack of jurisdiction position regarding Orgenus).

                                        Respectfully,

                                        */s/ Richard L. Horwitz*

                                        Richard L. Horwitz

RLH/msb
866130 / 32657

Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)