```
 1                    IN THE UNITED STATES DISTRICT COURT
                      IN AND FOR THE DISTRICT OF DELAWARE
 2
       FOREST LABORATORIES, INC., FOREST    : CIVIL ACTION
 3     LABORATORIES HOLDINGS, LTD. MERZ     :
       PHARMA GMBH & CO. KGAA, and          :
 4     MERZ PHARMACEUTICALS GMBH,           :
                                            :
 5               Plaintiffs,                :
       v.                                   :
 6                                          :
       COBALT LABORATORIES, INC., LUPIN     :
 7     PHARMACEUTICALS, INC., LUPIN LTD.,   :
       ORCHID PHARMACEUTICALS, INC., ORCHID :
 8     CHEMICALS AND PHARMACEUTICALS LTD.   :
       (D/B/A ORCHID HEALTHCARE), TEVA      :
 9     PHARMACEUTICALS USA, INC., UPSHER-   :
       SMITH LABORATORIES, INC., WOCKHARDT  :
10     USA, INC., AND WOCKHARDT LIMITED,    :
                                            : NO. 08-21 (GMS/LPS)
11               Defendants.
       -----------------------------------
12     FOREST LABORATORIES, INC., FOREST    :
       LABORATORIES HOLDINGS, LTD. MERZ     :
13     PHARMA GMBH & CO. KGAA, and          :
       MERZ PHARMACEUTICALS GMBH,           :
14                                          :
                 Plaintiffs,                :      and
15     v.                                   :
                                            :
16     PLIVA D.D., PLIVA-HRVATSKA D.O.O.,   :
       BARR LABORATORIES, INC., and         :
17     BARR PHARMACEUTICALS, INC.,          :
                                            : NO. 08-22 (GMS/LPS)
18               Defendants.

19                              - - -

20                       Wilmington, Delaware
                   Tuesday, May 20, 2008 at 10:04 a.m.
21                       TELEPHONE CONFERENCE

22                              - - -

23     BEFORE:    HONORABLE LEONARD P. STARK, Magistrate Judge

24                              - - -

25     (Caption and Appearances continued on Page 2)
```

```
 1    FOREST LABORATORIES, INC., FOREST          : CIVIL ACTION NO.
      LABORATORIES HOLDINGS, LTD. MERZ           :
 2    PHARMA GMBH & CO. KGAA, and                :
      MERZ PHARMACEUTICALS GMBH,                 :
 3                                               :
                 Plaintiffs,                     :
 4    v.                                         :
                                                 :
 5    DR. REDDY'S LABORATORIES, INC., DR.        :
      REDDY'S LABORATORIES LIMITED, GENPHARM     :
 6    INC., GENPHARM, L.P., INTERPHARM           :
      HOLDINGS, INC., INTERPHARM, INC.,          :
 7    MYLAN PHARMACEUTICALS INC.,  RANBAXY       :
      INC., RANBAXY LABORATORIES LIMITED,        :
 8    KENDLE INTERNATIONAL INC., SUN INDIA       :
      PHARMACEUTICAL INDUSTRIES LIMITED          :
 9    (A/K/A SUN PHARMACEUTICAL INDUSTRIES       :
      LIMITED), SYNTHON HOLDING B.V.,            :
10    SYNTHON B.V., SYNTHON LABORATORIES, INC.,  :
      and SYNTHON PHARMACEUTICALS, INC.,         : NO. 08-52 (GMS/LPS)
11                                               :
                 Defendants.                     :
12
                               - - -
13    APPEARANCES:

14         MORRIS, NICHOLS & TUNNELL, LLP
           BY:  JACK B. BLUMENFELD, ESQ.
15
                and
16
           KIRKLAND & ELLIS, LLP
17         BY:  GERALD J. FLATTMANN, JR., ESQ., and
                MELANIE R. RUPERT, ESQ.
18              (New York, New York)

19              and

20         JONES DAY
           BY:  F. DOMINIC CERRITO, ESQ.
21              (New York, New York)

22                   Counsel for Plaintiffs

23

24

25
```

```
 1    APPEARANCES:  (Continued)

 2
           MORRIS JAMES, LLP
 3         BY:   MARY MATTERER, ESQ.

 4               and

 5         RAKOCZY MOLINO MAZZOCHI SIWIK, LLC
           BY:   NEIL A. BENCHELL, ESQ.
 6               (Chicago, Illinois)

 7                    Counsel for Cobalt Laboratories

 8         BAYARD, P.A.
           BY:   RICHARD D. KIRK, ESQ.
 9
                 and
10
           SCHIFF HARDIN, LLP
11         BY:   D. CHRISTOPHER OHLY, ESQ.
                 (Washington, District of Columbia)
12
                      Counsel for Lupin Pharmaceuticals USA,
13                    Inc., and Lupin, Ltd.

14         RICHARDS, LAYTON & FINGER, P.A.
           BY:   ANNE SHEA GAZA, ESQ.
15
                 and
16
           ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
17         BY:   DAVID E. MARDER, ESQ.
                 (Boston, Massachusetts)
18
                      Counsel for Upsher-Smith Laboratories Inc.
19
           RICHARDS, LAYTON & FINGER, P.A.
20         BY:   JEFFREY L. MOYER, ESQ., and
                 KELLY E. FARNAN, ESQ.
21
                 and
22
           SUGHRUE MION, PLLC
23         BY:   MARK BOLAND, ESQ.
                 (Washington, District of Columbia)
24
                      Counsel for Wockhardt USA Inc.
25                    and Wockhardt Limited
```

```
 1    APPEARANCES: (Continued)

 2
          POTTER ANDERSON & CORROON, LLP
 3        BY:   RICHARD L. HORWITZ, ESQ.

 4             and

 5        LATHAM & WATKINS, LLP
          BY:   TERRENCE J. CONNOLLY, ESQ.
 6              (New York, New York)

 7                 Counsel for Orchid Pharmaceuticals, Inc.,
                   Orchid Chemicals and Pharmaceuticals Ltd.
 8                 (d/b/a Orchid Healthcare)

 9        STEVENS & LEE, P.C.
          BY:   THOMAS G. WHALEN, JR., ESQ.
10
               and
11
          KENYON & KENYON LLP
12        BY:   MICHAEL M. SHEN, ESQ.
                (Washington, District of Columbia)
13
               and
14
          KENYON & KENYON LLP
15        BY:   STEVEN J. LEE, Ph.D., ESQ.
                (New York, New York)
16
                   Counsel for Teva Pharmaceuticals USA, Inc.
17
          POTTER ANDERSON & CORROON, LLP
18        BY:   RICHARD L. HORWITZ, ESQ.

19             and

20        WILLKIE FARR & GALLAGHER LLP
          BY:   EUGENE L. CHANG, ESQ.
21              GENEVIEVE BLAKE, ESQ.
                (New York, New York)
22
                   Counsel for Pliva d.d., Pliva-Hrvatska
23                 d.o.o., Barr Laboratories, Inc., and Barr
                   Pharmaceuticals, Inc.
24

25
```

```
 1    APPEARANCES: (Continued)

 2
           POTTER ANDERSON & CORROON, LLP
 3         BY:  RICHARD L. HORWITZ, ESQ.

 4              and

 5         BUDD LARNER
           BY:  LOUIS H. WEINSTEIN, ESQ.
 6              (Short Hills, New Jersey)

 7                   Counsel on behalf of Dr. Reddy's
                     Laboratories, Inc., Dr. Reddy's
 8                   Laboratories, Ltd., Interpharm Holdings,
                     Inc., Interpharm, Inc.
 9
           ABRAMS & LASTER, LLP
10         BY:  JOHN M. SEAMAN, ESQ.

11              and

12         WINSTON & STRAWN, LLP
           BY:  CHARLES B. KLEIN, ESQ.,
13              JAY L. LEVINE, ESQ., and
                JOVIAL WONG, ESQ.
14              (Washington, District of Columbia)

15                   Counsel for Sun India Pharmaceutical
                     Industries Ltd.
16
           BALICK & BALICK, LLC
17         BY:  JOSEPH S. NAYLOR, ESQ.

18              and

19         WILSON SONSINI GOODRICH & ROSATI
           BY:  ROGER J. CHIN, ESQ.
20              (San Francisco, California)

21                   Counsel for Mylan Pharmaceuticals Inc.,
                     Genpharm ULC, and Genpharm, L.P.
22

23

24
                                        Brian P. Gaffigan
25                                      Official Court Reporter
```

```
 1                           - oOo -
 2                        P R O C E E D I N G S
 3              (REPORTER'S NOTE:  The following telephone
 4   conference was held in chambers, beginning at 10:04 a.m.)
 5              THE COURT:  Good morning, counsel.  This is
 6   Judge Stark.  Let's begin with a roll call.  Who is here for
 7   the plaintiffs, please?
 8              MR. BLUMENFELD:  Good morning, Your Honor.  Jack
 9   Blumenfeld from Morris Nichols for the plaintiffs.  And on
10   with me are Gerald Flattmann and Melanie Rupert from
11   Kirkland & Ellis, Dominic Cerrito from Jones Day, and
12   Charles Ryan who is in-house from Forest Labs.
13              THE COURT:  And who will be speaking on your
14   behalf today?
15              MR. BLUMENFELD:  Mr. Flattmann.
16              THE COURT:  All right.  And for the defendant in
17   the Cobalt case?
18              MS. MATTERER:  This is Mary Matterer, Your
19   Honor, from Morris James; and I have on the line Neil
20   Benchell from the Rakoczy Molino law firm.
21              MR. BENCHELL:  Good morning, Your Honor.
22              THE COURT:  I'm sorry.  Could you repeat the
23   second name?
24              MR. BENCHELL:  Yes, it's Neil Benchell.
25   B-E-N-C-H-E-L-L.
```

```
 1                 THE COURT:  Okay.  Thank you.  And are there
 2   other defendants in the Cobalt case?
 3                 MR. BENCHELL:  That is all.
 4                 THE COURT:  That is all?  Okay.
 5                 MR. OHLY:  Your Honor there are many other
 6   defendants on the Cobalt case in the line.  You just heard
 7   from Cobalt.  This is Chris Ohly from Schiff Hardin.  I
 8   represent Lupin Pharmaceuticals.  Richard Kirk is our local
 9   counsel and he is on the line as well.
10                 THE COURT:  Okay.
11                 MR. KIRK:  Good morning, Your Honor.
12                 THE COURT:  Good morning.
13                 MS. GAZA:  Your Honor, it's Anne Gaza from
14   Richards Layton on behalf of Upsher-Smith Laboratories.  I
15   believe with me is David Marder from Robins Kaplan.
16                 MR. MARDER:  That's correct.
17                 THE COURT:  Okay.  Good morning.
18                 MS. FARNAN:  Good morning, Your Honor.  It's
19   Jeff Moyer and Kelly Farnan from Richards Layton & Finger on
20   behalf of Wockhardt.  And I also have my co-counsel, Mark
21   Boland from Sughrue Mion.
22                 MR. BOLAND:  Good morning.
23                 THE COURT:  Good morning.
24                 MR. HORWITZ:  Your Honor, it's Richard Horwitz
25   from Potter Anderson & Corroon for Orchid; and with me is
```

```
 1   Terry Connolly from Latham & Watkins.
 2            THE COURT:  Good morning.
 3            MR. CONNOLLY:  Good morning.
 4            MR. WHALEN:  Good morning, Your Honor.  Tom
 5   Whalen from Stevens & Lee on behalf of Teva.  With me on the
 6   phone is Michael Shen and Steven Lee from Kenyon & Kenyon.
 7            THE COURT:  Okay.  Good morning.
 8            MR. SHEN:  Good morning.
 9            THE COURT:  Any other defendants in the Cobalt
10   case?
11            No?  I'm not hearing any.
12            Okay.  How about of the defendants in the Barr
13   Laboratories case?
14            MR. CHANG:  Your Honor, this is Eugene Chang and
15   Genevieve Blake, Willkie Farr & Gallagher for the Barr
16   defendants.  Our legal counsel is Rich Horwitz from Potter
17   Anderson.
18            MR. HORWITZ:  Good morning again, Your Honor.
19            THE COURT:  Good morning again.
20            And are there additional defendants in the Barr
21   case?
22            MR. CHANG:  No, Your Honor.
23            THE COURT:  How about for the defendants in the
24   Dr. Reddy's Laboratories case?
25            MR. HORWITZ:  Your Honor, it's Rich Horwitz
```

1  again.  And with me for both Dr. Reddy and Interpharm are
2  Lou Weinstein from the Budd Larner firm in New Jersey.
3              THE COURT:  Okay.  Is that it for the defendants
4  in that third case?
5              MR. SEAMAN:  Your Honor, John Seaman from Abrams
6  Laster on behalf of the Sun defendants.  And with me on the
7  line I believe is Charles Klein from Winston & Strawn.
8              MR. KLEIN:  We also have Jay Levine and Jovial
9  Wong.
10             THE COURT:  Okay.  Good morning to all of you.
11             (The attorneys respond, "Good morning.")
12             THE COURT:  Is there anyone else on the call for
13  Dr. Reddy's defendants?  Or defendants in the Dr. Reddy's
14  case, I should say.
15             MR. WEINSTEIN:  This is Louis Weinstein.  I'm
16  from Budd Larner.  I'm on the phone for Dr. Reddy and
17  Interpharm.
18             THE COURT:  Okay.  Good morning.
19             MR. WEINSTEIN:  Good morning.
20             THE COURT:  Is there anybody else who hasn't had
21  a chance to say "good morning" that wants to?
22             MR. CHIN:  This is Roger -- from Wilson Sonsini
23  on behalf of Mylan and Genpharm.
24             THE COURT:  I'm sorry, I missed your last name.
25             MR. CHIN:  Chin, C-H-I-N.

```
 1                THE COURT:  Good morning to you.
 2                MR. CHIN:  Good morning.
 3                THE COURT:  Is that everyone?
 4                MR. NAYLOR:  Your Honor, this is Joe Naylor from
 5   Balick & Balick, also on for Genpharm and Mylan.
 6                THE COURT:  Okay.  Good morning to you all.  All
 7   right.  Anybody else?  No?  Okay.
 8                All right.  Well, this is the time that I set
 9   for a status teleconference in these three cases, Forest
10   Labs versus Cobalt Laboratories, et al., Forest Labs versus
11   Barr Laboratories, et al, and Forest Labs versus Dr. Reddy's
12   Labs, et al.  It's our case numbers 08-21, 08-22, and 08-52,
13   all of which are assigned to Judge Sleet and referred to me
14   for certain purposes.
15                We do, of course, have a court reporter here so
16   I'll ask you, given the large number of folks on the call,
17   if you would identify yourself before you speak, please.
18                Basically what I wanted to do was get just a
19   very quick sense of what these cases are about, how, if at
20   all, they are related, and the parties' suggestions as to
21   how we should proceed, particularly whether I should be
22   looking to entering a single scheduling order or multiple
23   scheduling orders or perhaps some other procedure.
24                And so I'll look first to Mr. Flattmann to give
25   me the plaintiffs' view on those issues, please.
```

```
 1                MR. FLATTMANN:  Good morning, Your Honor.
 2                THE COURT:  Good morning.
 3                MR. FLATTMANN:  Your Honor, as you know, this is
 4    an ANDA case under the Hatch-Waxman act.  It involves
 5    patents on Forest and Merz Alzheimer's drug which is known
 6    under the trade name Namenda.  There were 13 sets of generic
 7    ANDA filers here.  There were, as you pointed, three-related
 8    filed cases that are before Your Honor and Judge Sleet.  A
 9    fourth related case was filed against Orgenus, one of the
10    related Orchid defendants, late last week as well.
11                THE COURT:  Was that filed here in the District
12    of Delaware?
13                MR. FLATTMANN:  Yes, that was filed in the
14    District late last week.
15                THE COURT:  Okay.
16                MR. FLATTMANN:  The cases are all closely
17    related.  They all involve the same patent that was listed
18    in the Orange Book by Forest and Merz.  They involve very
19    similar infringement issues, infringement defenses and
20    validity defenses as we can tell based on the notification
21    letters that we received from the various defendants.  So we
22    strongly believe that the cases should ultimately be
23    consolidated and that a single scheduling order should be
24    entered.
25                All the generic filers I believe with possibly
```

1  one exception also appear to be first filers, so they all

2  share in any potential exclusivity that could come out of

3  this and are essentially in the same boat in terms of

4  scheduling and progress of the case.  So we think

5  consolidation would definitely be in order.

6            There has been, even at this early stage, some

7  progress on settlement.  We have already reached settlement

8  with the Ranbaxy defendants, and we recently settled with

9  the Synthon defendants.  That second settlement is I think

10 important.  There were only two jurisdictional disputes in

11 the case.  One was made, as you know, by the Orchid

12 defendants, one by the Synthon defendants.  Now that we have

13 settled with Synthon, the only remaining jurisdictional

14 dispute relates to the Orchid defendants.  Every other

15 defendant has either consented to or did not contest

16 personal jurisdiction, so the center of gravity is clearly

17 in this District with regard to all of the defendants.  And

18 we still have one remaining jurisdictional dispute.

19           As you know from the prior call concerning the

20 jurisdictional discovery with the Orchid defendants, that

21 discovery is in progress.  We've received responses to

22 Orchid's -- rather, to our written discovery request, our

23 doc request, interrogatories, and RFAs from Orchid late last

24 evening.  And based on our initial review, we think there

25 are some issues and some problems with those responses and

1    we're going to try to work that out with the Orchid
2    defendants.  And if we're not able to resolve those
3    differences, we would request a conference with Your Honor,
4    but that does seem to be the only outlier at this point.
5              We'll be proceeding, just as a thumbnail sketch,
6    with a 30(b)(6) deposition of Orchid, which is now due under
7    Your Honor's order to be complete by June 6th.  And our
8    opposition brief, assuming discovery is complete, under your
9    order would be due around June 18th.
10             So as I said, there is one outstanding
11   disagreement concerning discovery.  As Your Honor knows,
12   there is also some dispute regarding whether the Orgenus
13   Orchid agent which actually filed Orchid's ANDA would be
14   providing discovery.  They had objected to providing it on
15   the basis they were not a party to the Delaware action.
16   Now that that is no longer the case with the fourth filed
17   action that I alluded to, we'll be approaching the Orchid
18   defendants about that in an attempt to resolve our
19   differences there as well.
20             THE COURT:  Okay.  I trust you will all do your
21   best to try to resolve those differences.  And if you don't,
22   you know how to reach me just as with the last time.
23             So there were two motions pending in the
24   Dr. Reddy action.  My understanding is that those motions
25   will go away based on your settlement with the Synthon

```
 1    defendants.
 2              MR. FLATTMANN:  That's correct, Your Honor.  And
 3    I believe the order of dismissal was entered yesterday with
 4    regard to Synthon.
 5              THE COURT:  Okay.
 6              MR. FLATTMANN:  One other potential loose end we
 7    should bring to Your Honor's attention.  We did receive one
 8    additional ANDA notification very recently from another
 9    generic filer.  The 45-day deadline for us to consider
10    whether or not to bring suit and to bring suit would expire
11    at about June 6th.  So we'll know very, very soon whether or
12    not there would be one additional party in the case.
13              THE COURT:  Okay.
14              MR. FLATTMANN:  So those are the only two open
15    issues in the case as we see it.  Otherwise, plaintiffs feel
16    as though the center of gravity is in Delaware.  The cases
17    are ripe for ultimate consolidation.  And we're ready to
18    proceed and move forward to a scheduling conference at the
19    Court's convenience.
20              THE COURT:  Okay.  Thank you for that.
21              First, with respect to the defendants in the
22    Cobalt action, have you been able to coordinate your
23    response to these general questions or do I need to go
24    through all of you?
25              MR. OHLY:  Your Honor, this is Chris Ohly
```

1  speaking for Lupin.  I'm not sure I'm the right person to
2  speak about this but one of the defendants was kind enough
3  to arrange a conference call, which we all had last week,
4  and we all are coordinated in our views on a couple of
5  issues which Your Honor has raised.  I think we all agree
6  that the cases should be consolidated and that there should
7  be a single order.
8              THE COURT:  Okay.  And are you speaking now on
9  behalf of all the defendants in all three of the actions
10 then?
11             MR. OHLY:  Except for Orchid.  I think that
12 anybody who disagrees will speak up.
13             THE COURT:  All right.  Go ahead.
14             MR. CONNOLLY:  Your Honor, it's Terrance
15 Connolly from Latham in New York on behalf of Orchid.
16             I guess, Your Honor, I found out late yesterday
17 about the filing of the case against Orgenus and the fact of
18 the matter is I have not had a chance to consult with my
19 client who is located in India with respect to that.  So
20 Orchid and Orgenus are going to reserve position with
21 respect to this.  I'm not sure exactly whether this newest
22 development is going to affect substantially its position.
23 I'm just not in a position because I haven't had a chance to
24 consult with the client, based on the timing of this new
25 filing, to commit to a single scheduling order.  And I

1   believe, but do not know for certain, that we may have
2   issues with respect to jurisdiction over Orgenus as well.  I
3   apologize for not being able to speak more definitively
4   about it but I first heard about the complaint last night
5   about 7:00 o'clock.
6            THE COURT:  Okay.  Other than for the Orchid
7   defendants, are there any other defendants that have a
8   concern about consolidation and a single scheduling order?
9            MR. CHANG:  Your Honor, this is Eugene Chang for
10  the Barr Lab defendant.  We don't have an objection to a
11  single scheduling order, but I did want to point out that
12  one of our defendants, Pliva d.d. is a foreign defendant and
13  we have objected to personal jurisdiction by the Court, but
14  I don't think it affects going forward with a single
15  scheduling order.
16           THE COURT:  Okay.  Is there a motion pending
17  regarding jurisdiction for that defendant?
18           MR. CHANG:  Right now, there is not a motion.
19  There was an objection made as part of our answer.
20  Depending on how things play out, we plan to file such a
21  motion, though.
22           THE COURT:  Okay.  But you are okay with a
23  single scheduling order and with consolation, which are the
24  issues on the table right now?
25           MR. CHANG:  That's right, Your Honor.

Case 1:08-cv-00021-GMS-LPS    Document 75    Filed 05/27/2008    Page 17 of 18
                                                                        17

```
 1              THE COURT:  Okay.  Thank you.
 2              Any other defendants have an issue with
 3   consolidation and a single scheduling order?
 4              Okay.  Mr. Connolly, I do want to hear from you
 5   after you have had a chance to confer with your client in
 6   light of what I'm told I guess is a development as recently
 7   as yesterday.  Realistically, can you have that position to
 8   all of us by the end of this week?
 9              MR. CONNOLLY:  I will certainly try to do that,
10   Your Honor.  I believe that can be done but I have literally
11   not have had a chance to communicate.  I frankly have no
12   idea where he is right now due to the time difference.
13              THE COURT:  And I believe Monday is a holiday so
14   we're going to require you to advise the Court by letter but
15   copy everybody else by the end of the day next Tuesday, so a
16   week from today, with what your clients, i.e. the Orchid
17   defendants, position is with respect to consolidation of the
18   four actions and issuance of a single scheduling order.  And
19   then after we have that letter, I will get something out
20   advising the parties how we're going to proceed.
21              MR. CONNOLLY:  That's fine, Your Honor.  Thank
22   you for the time.
23              THE COURT:  Okay.  Is there anything else that
24   anybody wants to raise at this point?
25              MR. OHLY:  Your Honor, this is Chris Ohly for
```

1   Lupin again.  Since jurisdiction is now established in the
2   court, there were, at least against Lupin, suits find in the
3   District of Maryland, District of Columbia.  I'm wondering
4   whether we might be able to induce the plaintiffs to dismiss
5   those so it's all in one court now.
6              THE COURT:  Well, Mr. Flattmann, do you want to
7   address that in this context?
8              MR. FLATTMANN:  I could be wrong, Your Honor,
9   but I believe those suits had been dismissed.  And certainly
10  if they have not been, now that jurisdiction has been
11  established in this court, they will be immediately if they
12  haven't been.
13             MR. OHLY:  Thank you.
14             THE COURT:  Thank you.  All right.  Is there
15  anything else?  No.
16             All right.  Well, we'll hear from Mr. Connolly
17  and then you will all hear from us.  And we look forward to
18  speaking with you all again.  Thank you.
19             (The attorneys respond, "Thank you, Your
20  Honor.")
21             (Telephone conference ends at 10:20 a.m.)
22
23
24
25