**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COBALT LABORATORIES INC., ET AL., | ) | C.A. No. 08-21-GMS-LPS |
| | ) | (Consolidated) |
| Defendants. | ) | |
| | ) | |
| FOREST LABORATORIES, INC., | ) | |
| FOREST LABORATORIES HOLDINGS, LTD., | ) | |
| MERZ PHARMA GMBH & CO. KGAA, and | ) | |
| MERZ PHARMACEUTICALS GMBH, | ) | |
| | ) | C.A. No. 08-291-GMS-LPS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ORGENUS PHARMA INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by plaintiffs and defendant Orgenus Pharma Inc., subject to the approval of the Court, that the time for Orgenus Pharma Inc. to answer, move or otherwise respond to the Complaint in this action is extended to June 19, 2008.

The reasons for this extension are the following: (1) Orgenus Pharma Inc. requires additional time to investigate the allegations of the Complaint; (2) Orgenus Pharma Inc. has received no prior extension of time within which to file its response to the Complaint; and (3) the requested extension should not disrupt the schedule in the case, as a Rule 16 telephone conference is not scheduled to occur until June 26, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    POTTER ANDERSON & CORROON LLP

By:  /s/ Jack B. Blumenfeld
     Jack B. Blumenfeld (#1014)
     Maryellen Noreika (#3208)
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE 19899
     Tel:  (302) 658-9200
     jblumenfeld@mnat.com
     mnoreika@mnat.com

*Attorneys for Plaintiffs*
*Forest Laboratories, Inc., Forest Laboratories*
*Holdings, Ltd., and Merz Pharma GmbH & Co.*
*KGaA, and Merz Pharmaceuticals GmbH*

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendant*
*Orgenus Pharma Inc.*

     SO ORDERED, this _____day of _____, 2008.

_____
Judge

867972 / 32657