# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., ) <br> Plaintiffs, ) <br> vs. ) <br> COBALT LABORATORIES, INC., ET AL., ) <br> Defendants. ) | |
| FOREST LABORATORIES, INC., ET AL., ) <br> Plaintiffs, ) <br> vs. ) <br> BARR LABORATORIES, INC., ET AL., ) <br> Defendants. ) | C.A. No. 08-21-GMS-LPS <br> (Consolidated) |
| FOREST LABORATORIES, INC., ET AL., ) <br> Plaintiffs, ) <br> vs. ) <br> DR. REDDY'S LABORATORIES, INC., ET AL., ) <br> Defendants. ) | |
| FOREST LABORATORIES, INC., ET AL., ) <br> Plaintiffs, ) <br> vs. ) <br> ORGENUS PHARMA, INC., ) <br> Defendant. ) | |

## STIPULATION AND ORDER TO EXTEND FILING DEADLINES
## RELATED TO ORCHID INDIA'S MOTION TO DISMISS

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Inc., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively "Plaintiffs") and Defendants Orchid Chemicals & Pharmaceuticals Ltd. ("Orchid India") hereby stipulate, subject to the approval of the Court, as follows:

1.    The time for Plaintiffs to respond to Orchid India's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 43) is extended until June 27, 2008.

2.    The time for Orchid India to file its reply in support of its motion is extended until July 17, 2008.

The reason for this extension is that the Rule 30(b)(6) deposition of Orchid India has been postponed until June 13, 2008, due to witness unavailability. The requested extensions should not disrupt the schedule in this case, as there is no Scheduling Order in this place at this time.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*

Richard L. Horwitz (# 2246)
David E. Moore (# 3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Orchid Defendants*

*Of Counsel:*
John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Of Counsel:*
LATHAM & WATKINS LLP
Kenneth G. Schuler
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Terrence J. Connolly
885 Third Avenue, Suite 1000
New York, NY 10022

Darryl H. Steensma
12636 High Bluff Drive, Suite 300
San Diego, CA 92130

SO ORDERED this _____ day of June, 2008.

_____

Honorable Leonard P. Stark
United States Magistrate Judge