IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 08-021 (GMS) (LPS) |
| v. | ) | CONSOLIDATED |
| | ) | |
| COBALT LABORATORIES INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 08-022 (GMS) (LPS) |
| BARR LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-52 (GMS) (LPS) |
| | ) | |
| DR. REDDY'S LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-291 (GMS) (LPS) |
| | ) | |
| ORGENUS PHARMA INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Andres Sawicki and Manuel Vélez of KIRKLAND & ELLIS LLP, Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611, to represent plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH, in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

June 12, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Andres Sawicki and Manuel Vélez is granted.

Dated: _____          _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 06/12/2008

Andres Sawicki
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  6/12/08

Manuel Vélez
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
(212) 446-4800

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Richard D. Kirk, Esquire
        Ashley B. Stitzer, Esquire
        BAYARD, P.A.

        Joseph Grey, Esquire
        Thomas G. Whalen, Jr., Esquire
        STEVENS & LEE, P.C.

        John M. Seaman, Esquire
        Kevin G. Abrams, Esquire
        ABRAMS & LASTER LLP

        Joseph S. Naylor, Esquire
        BALICK & BALICK, LLC

I further certify that I caused to be served copies of the foregoing document on June 12, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*And HAND DELIVERY* |

William A. Rakoczy, Esquire  
Paul J. Molino, Esquire  
Deanne M. Mazzochi, Esquire  
Neil A. Benchell, Esquire  
John Polivick, Esquire  
RAKOCZY MOLINO MAZZOCHI SIWIK LLP  
6 West Hubbard Street  
Suite 500  
Chicago, IL 60610  
*Counsel for Cobalt Laboratories Inc.*

*VIA ELECTRONIC MAIL*

Kelly E. Farnan, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Counsel for Wockhardt USA Inc. and Wockhardt Limited*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Michael Dzwonczyk, Esquire  
Mark Boland, Esquire  
Chid Iyer, Esquire  
SUGHRUE MION, PLLC  
2100 Pennsylvania Avenue, N.W.  
Washington, DC 23307  
*Counsel for Wockhardt USA Inc. and Wockhardt Limited*

*VIA ELECTRONIC MAIL*

Frederick L. Cottrell, III, Esquire  
Anne Shea Gaza, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

David E. Marder, Esquire  
Jake M. Holdreith, Esquire  
Yixin H. Tang, Esquire  
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.  
Prudential Tower, 25th Floor  
800 Boylston Street  
Boston, MA 02199  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL*

Richard L. Horwitz, Esquire                                  *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                        *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801
*Counsel for Orchid Pharmaceuticals Inc.,
Orchid Chemicals & Pharmaceuticals Ltd
(d/b/a Orchid Healthcare), PLIVA d.d.,
PLIVA-Hrvatska d.o.o., Barr Laboratories,
Inc., Barr Pharmaceuticals, Inc., Interpharm
Holdings, Inc., Interpharm, Inc., Dr. Reddy's
Laboratories, Inc., Dr. Reddy's Laboratories
Limited and Orgenus Pharma Inc.*

Kenneth G. Schuler, Esquire                                  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Orchid Pharmaceuticals Inc.,
Orchid Chemicals & Pharmaceuticals Ltd
(d/b/a Orchid Healthcare) and Orgenus
Pharma Inc.*

Terrence J. Connolly, Esquire                                *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
885 Third Avenue – Suite 1000
New York, NY 10022-4834
*Counsel for Orchid Pharmaceuticals Inc.,
Orchid Chemicals & Pharmaceuticals Ltd
(d/b/a Orchid Healthcare) and Orgenus
Pharma Inc.*

Darryl H. Steensma, Esquire                                  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12636 High Bluff Drive – Suite 300
San Diego, CA 92130
*Counsel for Orchid Pharmaceuticals Inc.,
Orchid Chemicals & Pharmaceuticals Ltd
(d/b/a Orchid Healthcare) and Orgenus
Pharma Inc.*

Richard D. Kirk, Esquire  
Ashley B. Stitzer, Esquire  
BAYARD, P.A.  
222 Delaware Avenue  
Suite 900  
Wilmington, DE 19801  
*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Douglass C. Hochstetler, Esquire  
D. Christopher Ohly, Esquire  
Sailesh K. Patel, Esquire  
SCHIFF HARDIN LLP  
6600 Sears Tower  
Chicago, IL 60606  
*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.*

*VIA ELECTRONIC MAIL*

Joseph Grey, Esquire  
Thomas G. Whalen, Jr., Esquire  
STEVENS & LEE, P.C.  
1105 North Market Street  
7th Floor  
Wilmington, DE 19801  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Steven J. Lee, Esquire  
Sheila Mortazavi, Esquire  
KENYON & KENYON LLP  
One Broadway  
New York, NY 10004  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Thomas J. Meloro, Esquire  
Eugene L. Chang, Esquire  
Coleman B. Ragan, Esquire  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, NY 10019-6099  
*Counsel for PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and*<br>*Sun India Pharmaceutical Industries Limited*<br>*(a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and*<br>*Sun India Pharmaceutical Industries Limited*<br>*(a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Joseph S. Naylor, Esquire<br>BALICK & BALICK, LLC<br>711 North King Street<br>Wilmington, DE 19801<br>*Attorneys Genpharm Inc., Genpharm, L.P. and*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Ron E. Shulman, Esquire<br>Terry Kearney, Esquire<br>Roger J. Chin, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys Genpharm Inc., Genpharm, L.P. and*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

_/s/ Jack B. Blumenfeld_
Jack B. Blumenfeld (#1014)