IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-21-GMS-LPS |
| | : | CONSOLIDATED |
| COBALT LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-336-GMS-LPS |
| APOTEX INC., ET AL., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **16th** day of **June, 2008**.

IT IS ORDERED that a Rule 16 scheduling teleconference has been scheduled for **June 26, 2008 at 10:00 a.m.** with Magistrate Judge Stark. Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573. Attached to this Order is a draft copy of the Magistrate Judge's Rule 16 Scheduling Order. Counsel shall confer regarding proposed dates in the scheduling order, and shall submit their proposal to the Court no later than three (3) business days before the teleconference.

The parties are required to discuss, prior to the teleconference, whether they unanimously consent to magistrate jurisdiction in whole or only with respect to particular motions, or not at all. The parties shall indicate in their cover letter with the

proposed scheduling order that they have had these discussions and what the resolution has been. If there is not unanimous agreement, then only that fact need be reported, and in no instance should there be disclosure of the identity of which, if any, party does not consent to magistrate jurisdiction.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE