IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES INC., ET AL., : <br>         Plaintiffs, : <br> v. : <br> COBALT LABORATORIES INC., ET AL., : <br>         Defendants. : | C.A. No. 08-21-GMS-LPS <br> CONSOLIDATED |
| FOREST LABORATORIES INC., ET AL., : <br>         Plaintiffs, : <br> v. : <br> APOTEX INC., ET AL., : <br>         Defendants. : | C.A. No. 08-336-GMS-LPS |

### ORDER OF CONSOLIDATION

At Wilmington this **16th** day of **June, 2008**.

IT IS ORDERED that C.A. No. 08-336 is consolidated with C.A. No. 08-21 for all purposes.

Hereafter all papers will be filed under C.A. No. 08-21-GMS-LPS.

UNITED STATES MAGISTRATE JUDGE