IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., </br></br> Plaintiffs, </br></br> v. </br></br> COBALT LABORATORIES INC., et al., </br></br> Defendants. | C.A. No. 08-021 (GMS) (LPS) </br> CONSOLIDATED |
| FOREST LABORATORIES, INC., et al., </br></br> Plaintiffs, </br></br> v. </br></br> BARR LABORATORIES, INC., et al., </br></br> Defendants. | C.A. No. 08-022 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., </br></br> Plaintiffs, </br></br> v. </br></br> DR. REDDY'S LABORATORIES, INC., et al., </br></br> Defendants. | C.A. No. 08-052 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., </br></br> Plaintiffs, </br></br> v. </br></br> ORGENUS PHARMA INC., </br></br> Defendant. | C.A. No. 08-291 (GMS) (LPS) |



|  |  |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 08-336 (GMS) (LPS) |
| ) | |
| APOTEX INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' REPLY TO DEFENDANTS
INTERPHARM HOLDINGS, INC.'S AND INTERPHARM, INC.'S COUNTERCLAIMS**

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendants/Counterclaimants Interpharm Holdings, Inc.'s and Interpharm, Inc.'s (collectively "Interpharm") (D.I. 90), hereby allege as follows:

### The Parties

1. Admitted, upon information and belief.

2. Admitted, upon information and belief.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

### Jurisdiction and Venue

7. Admitted.

8. Admitted.

9. Admitted.

    10.    Admitted.

## Factual Background

    11.    Admitted.

    12.    Admitted.

    13.    Admitted.

    14.    Admitted.

    15.    Admitted, upon information and belief.

    16.    Plaintiffs/Counterclaim Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16 of Interpharm's Counterclaims.

    17.    Admitted.

    18.    Admitted that an actual and justiciable controversy exists between Plaintiffs/Counterclaim Defendants and Interpharm regarding the '703 patent by virtue of Plaintiffs'/Counterclaim Defendants' Complaint. Admitted that an actual controversy exists between Plaintiffs/Counterclaim Defendants and Interpharm as to the infringement, validity and enforceability of the '703 patent. Otherwise denied.

## Reply to First Claim for Relief
### (Declaratory Judgment of Non-Infringement of the '703 Patent)

    19.    Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-18 as though set forth specifically herein.

    20.    Admitted that there is an actual, substantial and continuing justiciable case or controversy between Interpharm and Plaintiffs/Counterclaim Defendants regarding the infringement of the '703 patent.

21. Denied.

22. Denied.

## Reply to Second Claim for Relief
### (Declaratory Judgment of Invalidity of the '703 Patent under 35 U.S.C. § 102 and/or 35 U.S.C. § 103)

23. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-22 as though set forth specifically herein.

24. Admitted that there is an actual, substantial and continuing justiciable case or controversy between Interpharm and Plaintiffs/Counterclaim Defendants regarding the validity of the '703 patent.

25. Denied.

26. Denied.

## Reply to Third Claim for Relief
### (Declaratory Judgment of Invalidity of the '703 Patent under 35 U.S.C. § 305)

27. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-26 as though set forth specifically herein.

28. Admitted that there is an actual, substantial and continuing justiciable case or controversy between Interpharm and Plaintiffs/Counterclaim Defendants regarding the validity of the '703 patent.

29. Denied.

30. Denied.

**Reply to Fourth Claim for Relief**
**(Declaratory Judgment of Invalidity of the '703 Patent under 35 U.S.C. § 112)**

31. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-30 as though set forth specifically herein.

32. Admitted that there is an actual, substantial and continuing justiciable case or controversy between Interpharm and Plaintiffs/Counterclaim Defendants regarding the validity of the '703 patent.

33. Denied.

34. Denied.

**Reply to Fifth Claim for Relief**
**(Declaratory Judgment of Unenforceability of the '703 Patent)**

35. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-34 as though set forth specifically herein.

36. Admitted.

37. Denied that the '703 patent issued from United States Patent Application Serial Number 07/509,109. Admitted that the '703 patent issued from United States Patent Application Serial Number 07/508,109 ("the '109 application").

37.[sic] Admitted that the Fleischhacker reference was not cited to the PTO on or before October 29, 1991 in connection with the prosecution of the '109 application. Further admitted the Fleischhacker reference was cited to the PTO by Applicants in a Request for Reexamination Pursuant to 35 U.S.C. § 302 and 37 C.F.R. § 1.510, dated August 18, 2004.

38. Admitted.

5

39. Admitted.

40. Admitted that in the March 10, 2005 Office Action, then pending claims 1-3, 6, 8 and 10-13 in the reexamination of the '703 patent were initially rejected over the Fleischhacker reference. Further admitted that the PTO subsequently stated that the Fleischhacker reference did not disclose the subject matter of the claims of the '703 patent, as issued, in its Notice of Intent to Issue Ex Parte Reexamination Certificate, dated September 27, 2005. Otherwise denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

## Reply to Interpharm's Prayer for Relief

Wherefore, Plaintiffs/Counterclaim Defendants deny that Interpharm is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Interpharm's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants/Counterclaimants Interpharm Holdings, Inc.'s and Interpharm, Inc's Counterclaims.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Jack B. Blumenfeld

          Jack B. Blumenfeld (#1014)
          Maryellen Noreika (#3208)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          mnoreika@mnat.com

          *Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

June 19, 2008

7

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer, Esquire
>MORRIS JAMES LLP
>
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Richard D. Kirk, Esquire
>Ashley B. Stitzer, Esquire
>BAYARD, P.A.
>
>Joseph Grey, Esquire
>Thomas G. Whalen, Jr., Esquire
>STEVENS & LEE, P.C.
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on June 19, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                   *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP                                            *And HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
*Counsel for Cobalt Laboratories Inc.*

William A. Rakoczy, Esquire                                             *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Neil A. Benchell, Esquire
John Polivick, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Cobalt Laboratories Inc.*

Kelly E. Farnan, Esquire                                                *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.                                           *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire                                              *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire                                     *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire                                                   *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Upsher-Smith Laboratories Inc.*

David E. Marder, Esquire                                                *VIA ELECTRONIC MAIL*
Jake M. Holdreith, Esquire
Yixin H. Tang, Esquire
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199
*Counsel for Upsher-Smith Laboratories Inc.*

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare), PLIVA d.d.,<br>PLIVA-Hrvatska d.o.o., Barr Laboratories,<br>Inc., Barr Pharmaceuticals, Inc., Interpharm<br>Holdings, Inc., Interpharm, Inc., Dr. Reddy's<br>Laboratories, Inc., Dr. Reddy's Laboratories<br>Limited, Orgenus Pharma Inc., Genpharm<br>Inc., Genpharm, L.P., Mylan Pharmaceuticals<br>Inc., Apotex Inc. and Apotex Corp* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare) and Orgenus<br>Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare) and Orgenus<br>Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare) and Orgenus<br>Pharma Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL  60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE  19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Steven J. Lee, Esquire<br>Sheila Mortazavi, Esquire<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY  10004<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas J. Meloro, Esquire<br>Eugene L. Chang, Esquire<br>Coleman B. Ragan, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099<br>*Counsel for PLIVA d.d., PLIVA-Hrvatska*<br>*d.o.o., Barr Laboratories, Inc. and Barr*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Louis H. Weinstein, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Bruce D. Radin, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorney for Interpharm Holdings, Inc.,*
*Interpharm, Inc., Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories Limited*

John M. Seaman, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

James F. Hurst, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Charles B. Klein, Esquire
Jay L. Levine, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

Ron E. Shulman, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Terry Kearney, Esquire
Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Robert B. Breisblatt, Esquire
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc. and Apotex Corp.*

*VIA ELECTRONIC MAIL*

_____
Jack B. Blumenfeld (#1014)