# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., ET AL., )
)
Plaintiffs, )
) C.A. No. 08-21-GMS-LPS
v. ) (Consolidated)
)
COBALT LABORATORIES INC., ET AL., )
)
Defendants. )

## ORDER

Having considered defendant Orgenus Pharma, Inc.'s Motion To Dismiss,

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge

870599 / 32657