IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ) <br> FOREST LABORATORIES HOLDINGS, LTD., ) <br> MERZ PHARMA GMBH & CO. KGAA, and ) <br> MERZ PHARMACEUTICALS GMBH, ) <br>           Plaintiffs, ) <br> ) <br>      v. ) <br> ) <br> COBALT LABORATORIES INC., LUPIN ) <br> PHARMACEUTICALS, INC., LUPIN LTD., ) <br> ORCHID PHARMACEUTICALS INC., ) <br> ORCHID CHEMICALS & PHARMACEUTICALS ) <br> LTD. (d/b/a ORCHID HEALTHCARE), TEVA ) <br> PHARMACEUTICALS USA, INC., UPSHER- ) <br> SMITH LABORATORIES, INC., WOCKHARDT ) <br> USA INC., and WOCKHARDT LIMITED, ) <br>           Defendants. ) | C.A. No. 08-021-GMS-LPS |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Renita S. Rathinam, Kim E. Choate and Chandran B. Iyer to represent Defendants Wockhardt USA Inc. and Wockhardt Limited in this matter.

OF COUNSEL:

Michael Dzwonczyk
Mark Boland
Chid Iyer
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060

Dated: June 24, 2008

/s/ Kelly E. Farnan
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited*

IT IS SO ORDERED this _____ day of June, 2008.

_____
U.S. District Court Judge

RLF1-3292901-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Renita S. Rathinam
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7060

Dated: June 12, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia (Bar No. 70,044) and the District of Columbia (Bar No. 495,859), and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _Kim E. Choate_
Kim E. Choate
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7060

Dated: June 11, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Chandran B. Iyer
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7060

Dated: June 11, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY:**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

John M. Seaman
Abrams & Laster LLP
20 Montchanin Road
Suite 20
Greenville, DE 19807

Mary Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Thomas G. Whalen, Jr.
Joseph Grey
Stevens & Lee
1105 North Market Street  -7th Floor
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

_/s/ Kelly E. Farnan_
Kelly E. Farnan  (#4395)