# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES, INC., ET AL., <br><br> Defendants. | |
| FOREST LABORATORIES, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., ET AL., <br><br> Defendants. | C.A. No. 08-21-GMS-LPS <br> (Consolidated) |
| FOREST LABORATORIES, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., ET AL., <br><br> Defendants. | **PUBLIC VERSION** |
| FOREST LABORATORIES, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ORGENUS PHARMA INC., <br><br> Defendant. | |

## AFFIDAVIT OF SATISH SRINIVASAN

I, Satish Srinivasan, declare and state as follows:

1.     I am a member of the board of directors of Orgenus Pharma, Inc. ("Orgenus") and am Vice President of Business Development & Operations for Orgenus. I am authorized to make this statement on Orgenus's behalf. I have personal knowledge of the facts asserted herein and, if called as a witness, could and would competently testify to these matters.

2.     This declaration supplements my declaration dated March 3, 2008, a copy of which is attached hereto as Exhibit A and incorporated herein by reference. Orgenus is a New Jersey corporation, and its sole office is located in Princeton, New Jersey. Orgenus is the primary business contact for Orchid Chemicals & Pharmaceuticals Ltd. ("Orchid India") for the United States and Canada. The Orchid India web site prominently lists Orgenus as the "Primary Business Contact for US and Canada." *See* Exhibit B. Orgenus has its sole and principal place of business at 700 Alexander Park, Suite 104, Princeton, New Jersey 08540.

3.     Orgenus is a wholly-owned subsidiary of Orchid Pharmaceuticals Inc. ("Orchid Delaware"). Orchid Delaware is a Delaware holding company, and is, in turn, a wholly-owned subsidiary of Orchid India, an Indian corporation. ██████████████████

████████████████████████████████████████████████████

███████

4.     Orgenus is, and holds itself out to the public as, a separate corporate entity from its parent, Orchid Delaware. Orgenus maintains corporate formalities. Orgenus and Orchid Delaware do not have joint bank accounts. Orgenus keeps its own books and records, and makes its own strategic decisions. Orchid Delaware is not involved in the day-to-day management of Orgenus, nor does it control Orgenus's operations. Orgenus does not represent itself as Orchid

| NSD\98813.5||

Delaware's agent. Orgenus does not have the power to act for or sign on behalf of Orchid Delaware. Only Orgenus has the power to sign on its own behalf.

5.     Orgenus has no offices or employees in Delaware. It does not have a Delaware telephone number. It does not maintain any bank accounts in Delaware. Orgenus does not own or lease any property in Delaware.

6.     Orgenus does not advertise products to consumers in the United States generally, or in Delaware in particular. Orgenus does not distribute any products in the United States generally, or in Delaware in particular. Orgenus does not contract with Orchid India's business partners in the United States.

7.     Orgenus does not sell any products in Delaware, nor does it solicit sales in Delaware. It does not derive any revenues from Delaware. Orgenus is not registered with the Delaware Secretary of State to do business in Delaware, and is not licensed by the State of Delaware to sell drugs in the State.

8.     To the best of my knowledge, Orgenus has not conducted business with any entity located in Delaware.

9.     Orgenus has never commenced any legal action or proceeding in Delaware, nor has it previously been named a defendant in any action in Delaware.

10.     █████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

| NSD\98813.5||

███████████████████████████ None of the services provided by Orgenus to Orchid India are involved with Delaware or entities located in Delaware.

11.     Orgenus serves as Orchid India's U.S. regulatory agent for FDA matters.  Orchid India named Orgenus its U.S. regulatory agent for purposes of submitting documents regarding generic memantine hydrochloride drug products to the FDA.

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████

████████████████████████

███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████

15.     Orgenus publicly disclosed that it is Orchid India's regulatory agent in the U.S. in a Suitability Petition filed on behalf of Orchid India with the FDA on May 18, 2007, regarding a proposed new formulation for generic memantine hydrochloride drug products. *See* Exhibit D.

4

16.    Orgenus and Orchid India are presently involved in unrelated litigation in the District of New Jersey arising from the submission of other ANDAs.  Orgenus has not challenged personal jurisdiction in that district.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Dated:  June 18, 2008                    _____

                                                        Satish Srinivasan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 26, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on June 26, 2008, the attached document was Electronically Mailed

to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*

John M. Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
Andres Sawicki
Manuel Vélez
KIRKLAND & ELLIS, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
gflattmann@kirkland.com
mrupert@kirkland.com
asawicki@kirkland.com
mvelez@kirkland.com
*Attorneys for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Attorneys for Plaintiffs*

Robert B. Breisblatt
Brian J. Sodikoff
Stephen P. Benson
Craig M. Kuchii
Jeremy C. Daniel
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
robert.breisblatt@kattenlaw.com
stephen.benson@kattenlaw.com
craig.kuchii@kattenlaw.com
brian.sodikoff@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant
Cobalt Laboratories, Inc.*

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
nbenchell@rmmslegal.com
jpolivick@rmmslegal.com
*Attorneys for Defendant Cobalt
Laboratories, Inc.*

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
lweinstein@budd-larner.com
bradin@budd-larner.com
*Attorneys for Defendants Dr. Reddy's
Laboratories, Inc., Dr. Reddy's
Laboratories Ltd., Interpharm Holdings,
Inc., and Interpharm, Inc.*

Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394-1050
rshulman@wsgr.com
tkearney@wsgr.com
*Attorneys for Defendants Genpharm ULC,
Genpharm, L.P., and Mylan Pharmaceuticals
Inc.*

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
rchin@wsgr.com
*Attorneys for Defendants Genpharm ULC,
Genpharm, L.P., and Mylan Pharmaceuticals
Inc.*

Richard D. Kirk
Ashley B. Stitzer
BAYARD, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com
*Attorneys for Defendants Lupin
Pharmaceuticals, Inc. and Lupin Ltd.*

Douglass C. Hochstetler
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
dhochstetler@schiffhardin.com
spatel@schiffhardin.com
*Attorneys for Defendants Lupin
Pharmaceuticals, Inc. and Lupin Ltd.*

D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K. Street, N.W., Suite 300
Washington, D.C. 20036
dcohly@schiffhardin.com
*Attorneys for Defendants Lupin
Pharmaceuticals, Inc. and Lupin Ltd.*

Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
kenneth.schuler@lw.com
*Attorneys for Defendants Orchid
Pharmaceuticals Inc., Orchid Chemicals &
Pharmaceuticals Ltd.*

Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
terrence.connolly@lw.com
*Attorneys for Defendants Orchid
Pharmaceuticals Inc., Orchid Chemicals &
Pharmaceuticals Ltd.*

Darryl H. Steensma
Amy P. Noss
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
darryl.steensma@lw.com
amy.noss@lw.com
*Attorneys for Defendants Orchid
Pharmaceuticals Inc., Orchid Chemicals &
Pharmaceuticals Ltd.*

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
tmeloro@willkie.com
echang@willkie.com
cragan@willkie.com
*Attorneys for Defendants PLIVA d.d., PLIVA-
Hrvatska d.o.o., Barr Laboratories, Inc. and
Barr Pharmaceuticals, Inc.*

Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

Charles B. Klein
Jay L. Levine
Jovial Wong
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jlevine@winston.com
jwong@winston.com
*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

Joseph Grey
Thomas G. Whalen, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
jg@stevenslee.com
tgw@stevenslee.com
*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

Steven J. Lee
Sheila Mortazavi
Merri C. Moken
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY 10004
slee@kenyon.com
smortazavi@kenyon.com
mmoken@kenyon.com
pgiunta@kenyon.com
*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 2005-1257
mshen@kenyon.com
*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

Frederick Cottrell
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
agaza@rlf.com
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

David E. Marder
Yixin H. Tang
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA  02199
demarder@rkmc.com
yhtang@rkmc.com
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Jake M. Holdreith
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
jmholdreith@rkmc.com
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE  19899
Moyer@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Wockhardt USA
Inc. and Wockhardt Limited*

Mark Boland
Michael R. Dzqonczyk
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037
mboland@sughrue.com
mdzwonczyk@sughrue.com
*Attorneys for Defendants Wockhardt USA
Inc. and Wockhardt Limited*

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869316 / 32657 (Cons.)

# EXHIBIT A

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT B



## Corporate & Registered Office

'Orchid Towers',
#313, Valluvar Kottam High Road, Nungambakkam,
Chennai - 600 034, Tamil Nadu, INDIA
Phone: +91-44-28211000 / 28230000
Fax: +91-44-28211002
e-mail: corporate@orchidpharma.com

------------------------------------------------------------

## R&D Centres

Plot No. 476/14, Old Mahabalipuram Road, Sholinganallur,
Chennai - 600 119, Tamil Nadu, INDIA
Phone: +91-44-24503137 / 1474 / 1477 / 2246
Fax: +91-44-24501396 / 1650

Plot Nos. B21-23 & B31-33
SIPCOT Industrial Park, Irungattukottai
Sriperumbudur - 602 105 Tamil Nadu, INDIA

------------------------------------------------------------

## Manufacturing Facilities

### API

Plot Nos. 85-87, 98-100, 126-131, 138-151 and 159-164
SIDCO Industrial Estate, Alathur,
Kancheepuram District - 603 110 Tamil Nadu, INDIA
Phone: +91-44-27446402 / 403 / 205 / 206 / 320
Fax: +91-44-27446321

L-8 & L-9, MIDC Industrial area, Waluj,
Aurangabad District - 431136
Maharashtra, INDIA
Phone: +91-0240-2554992 / 993 / 994
Fax: +91-0240-2554968

### Formulations

#### *Generic*

Plot Nos. B3-B6, B11 & B14
SIPCOT Industrial Park, Irungattukottai
Sriperumbudur - 602 105 Tamil Nadu, INDIA
Phone: +91-44-27156793 / 94
Fax: +91-44-27156816



*Emerging Markets*

A-10 / A-11, SIDCO Industrial Estate, Alathur
Kancheepuram District - 603 110 Tamil Nadu, INDIA
Phone: +91-44-27446909
Fax: +91-44-27446657

B-77, SIDCO Pharmaceutical Complex, Alathur
Kancheepuram District - 603 110 Tamil Nadu, INDIA
Phone: +91-44-27446137
Fax: +91-44-277446137



**Joint Venture**

**NORTH CHINA PHARMACEUTICALS GROUP CORP.**
NCPC Orchid Pharma Co Ltd., NCPC Building
1511 Room No.56 North Tiyu Street,
Shijiazhuang, Hebei, China

-------------------------------------------------------------

**Subsidiaries**

**ORCHID RESEARCH LABORATORIES LIMITED**
Plot No. 476/14, Old Mahabalipuram Road, Sholinganallur,
Chennai - 600 119, Tamil Nadu, INDIA
Phone: +91-44-24502246 / 24501474
Fax: +91-44-24501396

**BEXEL PHARMACEUTICALS INC.**
32990 Alvarado– Niles Road
Suite 910, Union City, CA94587, USA

**ORGENUS PHARMA INC.** (Primary Business Contact for US and Canada)
700 Alexander Park
Suite 104, Princeton, NJ 08540, USA
Contact Person : Mr Satish Srinivasan, Director - Business Development &
Operations
Tel: +1-609-297-2121
Fax: +1-609-297-2120
e-mail: satish@orchidpharma.com



**ORCHID EUROPE LIMITED**
Building 3, Chiswick Park
566 Chiswick High Road
Chiswick, London, W4 5YA.
Phone: +44 (0) 208 899 6098
Fax: +44 (0) 208 899 6001
Contact Person : Mr Raja Naresh
e-mail: rajanaresh@orchidpharma.com

**ORCHID PHARMA JAPAN K.K**
Kamiyacho MT Bldg, 14F, 4-3-20 Toranomon,
Minato-ku, Tokyo, Japan 105-0001
Phone: +81 (0) 3-5404-3426
Fax: +81 (0) 3-5404-3401
e-mail: kkiwata@orchidpharma.com

**OGNA FARMA**
City of Sao Paulo, State of Sao Paulo, at Rua Wanderley. N 1482,
1st Floor– Apt, 111-Perdizes, Zip Code: 05011-001, South America

**ORCHID PHARMACEUTICALS INC.**
(Holding Co. - Not for Business Enquiries)
2711, Centerville Road, Suite 400
Wilmington, DE 19808-1645, USA

**ORCHID PHARMACEUTICALS SA(Pty) LIMITED**
Jankra Building, 3 Greyling Street,
Potchefstroom, 2531, South Africa,
e-mail: shirish@orchidpharma.com



**Marketing Office**

**ORCHID HEALTHCARE**
Korovaya Val Street
H. No.7, Building 1, Entrance 1,
Office 22-23, Moscow, Russia
Tel: 007495-5141032 / 33
Fax: 007495-5141034

# EXHIBIT C

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT D



7232 7 MAY 18 A10 18

**Orgenus**

Division of Dockets Management
Food and Drug Administration (HFA-305)
Department of Health and Human Services
5630 Fishers Lane, Room 1061
Rockville, MD 20852

## SUITABILITY PETITION

Dear Sir or Madam:

Orgenus Pharma, Inc. hereby submits this Suitability Petition on behalf of Orchid Healthcare as its US Agent.

This petition is submitted, in quadruplicate, pursuant to 21 CFR § 10.20 and § 10. 30, as provided for in 21 CFR § 314.93 and section 505(j)(2)(C) of the Federal Food, Drug and cosmetic Act, to request the commissioner of the Food and Drug Administration to declare that the drug product Memantine Hydrochloride Orally Disintegrating Tablets 5 mg and 10 mg are suitable for submission as an abbreviated new drug application (ANDA).

### Action Requested

The petitioner requests that the commissioner of the Food and Drug Administration declare that Memantine Hydrochloride Orally Disintegrating Tablets 5 mg and 10 mg are suitable for submission as an ANDA. The reference listed drug products (RLDs) upon which this petition is based are Namenda ® Tablets 10 mg & 5 mg (NDA # 021487) and Oral Solution 2 mg / ml (NDA # 021627), manufactured by Forest Pharmaceuticals Inc. (See copy of the page from the current Electronic Edition of the Approved Drug Products with Therapeutic Equivalence Evaluations, Attachment 1). The petitioner seeks a change in dosage form (from the approved dosage forms of tablets and solution to an orally disintegrating tablets) from that of the RLD products.

### Statement of Grounds

The proposed drug product, Memantine Hydrochloride Orally Disintegrating Tablets, is presented for administration by placing on the tongue, which will disintegrate in a matter of seconds and swallowing the disintegrated tablet with or without water.

The Orally Disintegrating Tablets would be a viable alternative to both of the currently marketed dosage forms, Tablets and Oral Solution, due to the following advantages:

- Convenient for patients who have difficulty in swallowing tablet dosage form.
- Unit dose dispensing of drug (in comparison with solution form).
- Does not require a dosing device as in solution form.

*2007P-0203*    *CP1*



- Ease of carrying (in comparison with a bulky solution container).
- Ease of administration. Administration with water is not required.

The proposed product will differ only in dosage form. The indications, strengths, route of administration, intended patient population and recommendations for use will remain the same as of the RLD products. The proposed product will be formulated so as to be bioequivalent to current tablet formulation (RLD), marketed by Forest Pharmaceuticals Inc. The proposed product will contain inactive ingredients that are generally recognized as safe (GRAS) and at levels previously approved by USFDA. Therefore there will be no difference between the safety and efficacy of the proposed product and RLD products.

The proposed product will be labeled in accordance with the approved labeling of RLD products upon which this petition is based. Any difference in labeling will relate only to the differences in dosage forms. The indications, warnings, dosage, route of administration and intended patient population will remain the same as that of RLD products.

Therefore the petitioner requests the commissioner to find that a change in dosage form from Tablets and Oral Solution to Orally Disintegrating Tablets should raise no questions of safety or effectiveness and the Agency should approve the petition.

**Pediatric Use Information**

The petitioner is aware that, according to the Pediatric Research Equity Act (PREA) of 2003, which amended the FDC Act, a pediatric assessment is required for a new proposed product with a new dosage form.

The petitioner hereby requests that a waiver from the conduct of pediatric studies under 21 U.S.C. § 355c(a)(4)(A) pursuant to 21 CFR § 314.55(c)(2)(i) be granted for the approval of this petition to permit a subsequent ANDA filing. The request for waiver is justified as the drug or biological product does not represent a meaningful therapeutic benefit over existing therapies for pediatric patients and is not likely to be used in substantial number of pediatric patients.

For the aforementioned reasons, the undersigned requests that the Commissioner grant this petition and authorize submission of an ANDA for Memantine Hydrochloride Orally Disintegrating Tablets 5 mg and 10 mg.

**Environmental Impact**

The petitioner claims a categorical exclusion under 21 CFR § 25. 31.

Orgenus Pharma, Inc.
(A Subsidiary of Orchid Pharmaceuticals, Inc.)
Phone: 609-951-2209    116 Village Blvd, Suite 200, Princeton, NJ 08540    Fax: 609-951-2213



**Economic Impact**

The petitioner does not believe that this is applicable in this case, but will agree to provide such an analysis if requested by the agency.

**Certification**

The undersigned certifies that to the best of his knowledge, this petition includes all information and views on which the petition relies, and that it includes representative data and information known to the petitioner, which is unfavorable to the petition.

Sincerely,

Satish Srinivasan
Director, Business Development & Operations

Attachments:     1. Approved Drug Products with Therapeutic Equivalence Evaluations
                 2. Draft labeling proposed for Memantine Hydrochloride Orally Disintegrating Tablets
                 3. Labeling for the RLD, Namenda ® Tablets / Oral Solution

Namenda ® is registered Trademark of Forest Pharmaceuticals Inc.