

Kelly E. Farnan

302-651-7705
Farnan@rlf.com

June 26, 2008

**VIA E-FILING**

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Forest Laboratories, Inc. v. Cobalt Laboratories, Inc., et al.*, C.A. No. 08-21-GMS-LPS (Consolidated)

Dear Judge Stark:

  In response to Your Honor's request at the Scheduling Conference earlier today, the thirteen consolidated defendants agree that the latest date for the statutory expiration of the 30 month stay, as extended pursuant to 21 U.S.C. § 355(c)(3)(E)(ii), is April 16, 2011.

  The defendants note, however, that the stay will terminate earlier upon a finding of non-infringement or invalidity by this Court.

  As stated at the conference this morning, Defendants believe that an early Markman hearing is the best way to secure a speedy and inexpensive resolution of this action. If Your Honor has further questions concerning Defendants' position, counsel is available at the Court's convenience.

                Respectfully,

                */s/ Kelly E. Farnan*

                Kelly E. Farnan

KEF:kef

cc: Clerk of the Court (via Hand Delivery)
   All Counsel of Record (Via Electronic Mail)