# SEALED DOCUMENT

# ALL EXHIBITS CONFIDENTIAL

Case 1:08-cv-00021-GMS-LPS   Document 101-2   Filed 06/27/2008   Page 1 of 1