IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COBALT LABORATORIES INC., et al., )<br>)<br>Defendants. ) | C.A. No. 08-021 (GMS) (LPS)<br>CONSOLIDATED |
| FOREST LABORATORIES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BARR LABORATORIES, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 08-022 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DR. REDDY'S LABORATORIES, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 08-052 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ORGENUS PHARMA INC., )<br>)<br>Defendant. ) | C.A. No. 08-291 (GMS) (LPS) |

|  |  |  |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-336 (GMS) (LPS) |
| APOTEX INC., et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME FOR
PLAINTIFFS TO RESPOND TO ORGENUS' MOTION TO DISMISS**

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively "Plaintiffs") and Defendant Orgenus Pharma, Inc. ("Orgenus") hereby stipulate, subject to the approval of the Court, as follows:

1. Orgenus filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Orgenus' Motion," D.I. 87) on June 19, 2008. Plaintiffs' response to Orgenus' Motion is due July 7, 2008.

2. Orgenus and Plaintiffs agree that, as a result of Orgenus' Motion, certain jurisdictional discovery is needed at this time. The parties have agreed to provide such discovery, in accordance with the terms of a separate stipulation between the parties.

3. Orgenus has further consented to an extension of Plaintiffs' deadline to respond to Orgenus' Motion. The parties have agreed, subject to the approval of the Court, that the time for Plaintiffs to respond to Orgenus' Motion shall be extended until fourteen (14) calendar days after the date of the deposition of Orgenus' Fed. R. Civ. P. 30(b)(6) designee, and that the time for Defendants to reply shall be extended until ten (10) calendar days thereafter. The parties have further agreed that this deposition will take place no later than August 15, 2008.

Plaintiffs have received no prior extensions of time in connection with responding to Orgenus' Motion, and the requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (# 1014)<br>Maryellen Noreika (# 3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard L. Horwitz (# 2246)<br>David E. Moore (# 3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Orgenus* |
| *Of Counsel:* | *Of Counsel:* |
| John Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>(212) 446-4800 | LATHAM & WATKINS LLP<br>Kenneth G. Schuler<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br><br>Terrence J. Connolly<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 |
| F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3939 | |

SO ORDERED this _____ day of July, 2008.

_____
The Honorable Leonard P. Stark
United States Magistrate Judge