**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 08-021 (GMS) (LPS) |
| v. ) | CONSOLIDATED |
| ) | |
| COBALT LABORATORIES INC., et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 08-022 (GMS) (LPS) |
| BARR LABORATORIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 08-052 (GMS) (LPS) |
| ) | |
| DR. REDDY'S LABORATORIES, INC., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 08-291 (GMS) (LPS) |
| ) | |
| ORGENUS PHARMA INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    C.A. No. 08-336 (GMS) (LPS) |
| | ) |
| APOTEX INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED JURISDICTIONAL DISCOVERY SCHEDULE

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings Ltd., Merz

Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively "Plaintiffs") and

Defendants Orgenus Pharma, Inc. ("Orgenus") hereby stipulate as follows:

1.    Plaintiffs may serve on Orgenus a total of eight (8) interrogatories, and

Orgenus may serve on Plaintiffs a total of two (2) interrogatories, all limited to issues concerning

jurisdictional discovery.  Such interrogatories must be served on or before July 7, 2008, and

responses are due on July 25, 2008.  The parties further agree, pursuant to Fed. R. Civ. P.

26(b)(2) and 33(a)(1), that the interrogatories served in connection with jurisdictional discovery

are separate and apart from the interrogatories on the merits to which the parties would be

entitled during potential fact discovery in this case.

2.    Plaintiffs may serve on Orgenus a total fifteen (15) document requests,

limited to issues concerning jurisdictional discovery.  Such document requests must be served on

or before July 7, 2008, and Orgenus' responses are due on July 25, 2008.

3.    Plaintiffs may serve on Orgenus a total of ten (10) requests for admission,

limited to issues concerning jurisdictional discovery.  Such requests for admission must be

served on or before July 7, 2008, and Orgenus' responses are due July 25, 2008.

4.      Plaintiffs may serve a deposition notice under Fed. R. Civ. P. 30(b)(6) on Orgenus.  Such notice will include particular topics limited to jurisdictional discovery and will be served on or before July 8, 2008.  The deposition of the witness that Orgenus has designated to testify on the listed topics shall occur no later than August 15, 2008 in New York, New York, and will be limited to four (4) hours of deposition testimony.   The parties have agreed that this time limit may be extended if the presence of an interpreter at the deposition is necessary for translation purposes.  The parties have further agreed that such deposition will not occur until at least seven (7) calendar days after Orgenus' document production is complete.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

POTTER ANDERSON & CORROON LLP

*/s/ Richard K. Horwitz*

Richard L. Horwitz (# 2246)
David E. Moore (# 3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Orgenus*

*Of Counsel:*

LATHAM & WATKINS LLP
Kenneth G. Schuler
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Terrence J. Connolly
885 Third Avenue, Suite 1000
New York, NY 10022

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939


SO ORDERED THIS _____ day of July, 2008.


_____
The Honorable Leonard P. Stark
United States Magistrate Judge