IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 08-21-GMS-LPS |
| v. ) | (Consolidated) |
| ) | |
| COBALT LABORATORIES INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1)    Defendant Orchid Chemicals & Pharmaceuticals Ltd. ("Orchid India") shall file its Combined Reply/Answering Brief on its Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 43) and Plaintiffs' Contingent Motion to Transfer (D.I. 99) on or before July 22, 2008;

(2)    Orchid India has requested 45 pages for its Combined Reply/Answering Brief and Plaintiffs do not oppose that request; and

(3)    Plaintiffs shall file their Reply Brief in support of their Contingent Motion to Transfer on or before August 5, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>jparrett@mnat.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Orchid Pharmaceuticals Inc., and*<br>*Orchid Chemicals & Pharmaceuticals Ltd.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

874007 / 32657