IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-21-GMS-LPS |
| | : | CONSOLIDATED |
| COBALT LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-22-GMS-LPS |
| BARR LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-52-GMS-LPS |
| DR. REDDY'S LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-291-GMS-LPS |
| ORGENUS PHARMA INC., | : | |
| Defendant. | : | |

2

FOREST LABORATORIES INC., ET AL.,       :
                                        :
            Plaintiffs,                 :
                                        :
    v.                                  :   C.A. No. 08-336-GMS-LPS
                                        :
APOTEX INC., ET AL.,                    :
                                        :
            Defendants.                 :

## SUPPLEMENTAL SCHEDULING ORDER

At Wilmington this 17th day of July, 2008.

IT IS ORDERED that this matter is scheduled for a five (5) day bench trial beginning at 9:00 a.m. on April 5, 2010 before Chief Judge Gregory M. Sleet.

_____
UNITED STATES MAGISTRATE JUDGE