IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-021 (GMS) (LPS) |
| v. | ) ) | CONSOLIDATED |
| COBALT LABORATORIES INC., et al., | ) ) ) | |
| Defendants. | ) | |
| FOREST LABORATORIES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 08-022 (GMS) (LPS) |
| BARR LABORATORIES, INC., et al., | ) ) ) | |
| Defendants. | ) | |
| FOREST LABORATORIES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 08-052 (GMS) (LPS) |
| DR. REDDY'S LABORATORIES, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |
| FOREST LABORATORIES, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 08-291 (GMS) (LPS) |
| ORGENUS PHARMA INC., | ) ) ) | |
| Defendant. | ) | |

|  |  |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 08-336 (GMS) (LPS) |
| APOTEX INC., et al., ) | |
| Defendants. ) | |

## PLAINTIFFS' REPLY TO DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S COUNTERCLAIMS

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendants/Counterclaimants Apotex Inc.'s and Apotex Corp.'s (collectively "Apotex") (D.I. 94), hereby allege as follows:

### PARTIES AND JURISDICTION

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted that Merz has been, and continues to be, the sole assignee of the '703 patent since its issuance. Otherwise denied.

8. Admitted that Forest Laboratories Holdings, Ltd. is the exclusive licensee of the '703 patent in the United States. Otherwise denied.

9. Admitted, upon information and belief.

10. Admitted.

11. Admitted.

12. Admitted that this action arises under the patent laws of the United States. Further admitted that this court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). Otherwise denied.

13. Admitted that venue and personal jurisdiction are proper in this District for purposes of this action.

14. Admitted that a real, actual and justiciable controversy exists between Plaintiffs/Counterclaim Defendants and Apotex as to the infringement and validity of the '703 patent.

## COUNT I – DECLARATION OF INVALIDITY

15. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-14 as though set forth specifically herein.

16. Denied.

## COUNT II – DECLARATION OF NON-INFRINGEMENT

17. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-16 as though set forth specifically herein.

18. Denied.

## REPLY TO APOTEX'S DEMAND FOR JUDGMENT AND PRAYER FOR RELIEF

Wherefore, Plaintiffs/Counterclaim Defendants deny that Apotex is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Apotex's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants/Counterclaimants Apotex Inc.'s and Apotex Corp.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

July 18, 2008

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer, Esquire
>MORRIS JAMES LLP
>
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Richard D. Kirk, Esquire
>Ashley B. Stitzer, Esquire
>BAYARD, P.A.
>
>Joseph Grey, Esquire
>Thomas G. Whalen, Jr., Esquire
>STEVENS & LEE, P.C.
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on July 18, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MORRIS JAMES LLP　　　　　　　　　　　　　　　　　　*And HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
*Counsel for Cobalt Laboratories Inc.*

William A. Rakoczy, Esquire  *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Neil A. Benchell, Esquire
John Polivick, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL  60610
*Counsel for Cobalt Laboratories Inc.*

Kelly E. Farnan, Esquire  *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.  *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire  *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Upsher-Smith Laboratories Inc.*

David E. Marder, Esquire  *VIA ELECTRONIC MAIL*
Jake M. Holdreith, Esquire
Yixin H. Tang, Esquire
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA  02199
*Counsel for Upsher-Smith Laboratories Inc.*

Richard L. Horwitz, Esquire  
David E. Moore, Esquire  
POTTER ANDERSON & CORROON LLP  
1313 North Market Street – 6th Floor  
Wilmington, DE 19801  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare), PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., Interpharm Holdings, Inc., Interpharm, Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Limited, Orgenus Pharma Inc., Genpharm Inc., Genpharm, L.P., Mylan Pharmaceuticals Inc., Apotex Inc. and Apotex Corp*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Kenneth G. Schuler, Esquire  
LATHAM & WATKINS LLP  
Sears Tower – Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.*

*VIA ELECTRONIC MAIL*

Terrence J. Connolly, Esquire  
LATHAM & WATKINS LLP  
885 Third Avenue – Suite 1000  
New York, NY 10022-4834  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.*

*VIA ELECTRONIC MAIL*

Darryl H. Steensma, Esquire  
LATHAM & WATKINS LLP  
12636 High Bluff Drive – Suite 300  
San Diego, CA 92130  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.*

*VIA ELECTRONIC MAIL*

Richard D. Kirk, Esquire  
Ashley B. Stitzer, Esquire  
BAYARD, P.A.  
222 Delaware Avenue  
Suite 900  
Wilmington, DE 19801  
*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Douglass C. Hochstetler, Esquire  
D. Christopher Ohly, Esquire  
Sailesh K. Patel, Esquire  
SCHIFF HARDIN LLP  
6600 Sears Tower  
Chicago, IL 60606  
*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.*

*VIA ELECTRONIC MAIL*

Joseph Grey, Esquire  
Thomas G. Whalen, Jr., Esquire  
STEVENS & LEE, P.C.  
1105 North Market Street  
7th Floor  
Wilmington, DE 19801  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Steven J. Lee, Esquire  
Sheila Mortazavi, Esquire  
KENYON & KENYON LLP  
One Broadway  
New York, NY 10004  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Thomas J. Meloro, Esquire  
Eugene L. Chang, Esquire  
Coleman B. Ragan, Esquire  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, NY 10019-6099  
*Counsel for PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Louis H. Weinstein, Esquire                                        *VIA ELECTRONIC MAIL*
Bruce D. Radin, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorney for Interpharm Holdings, Inc.,*
*Interpharm, Inc., Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories Limited*

John M. Seaman, Esquire                                            *VIA ELECTRONIC MAIL*
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

James F. Hurst, Esquire                                            *VIA ELECTRONIC MAIL*
Charles B. Klein, Esquire
Jay L. Levine, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

Ron E. Shulman, Esquire                                            *VIA ELECTRONIC MAIL*
Terry Kearney, Esquire
Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Robert B. Breisblatt, Esquire
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL  60661
*Attorneys for Apotex Inc. and Apotex Corp*

*VIA ELECTRONIC MAIL*

                                    /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)