# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 08-21-GMS-LPS ) (Consolidated) ) |
| COBALT LABORATORIES INC., ET AL., | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel for defendant Orgenus Pharma, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on July 18, 2008, upon the following attorneys of record as indicated below:

> ORGENUS PHARMA, INC.'S, RESPONSES TO PLAINTIFFS'
> REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND
> THINGS IN CONNECTION WITH JURISDICTIONAL DISCOVERY

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Defendant
Cobalt Laboratories, Inc.*

| | |
|---|---|
| Joseph Grey | Richard D. Kirk |
| Thomas G. Whalen, Jr. | Ashley B. Stitzer |
| STEVENS & LEE, P.C. | BAYARD, P.A. |
| 1105 North Market Street, 7th Floor | 222 Delaware Ave., Suite 900 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| jg@stevenslee.com | rkirk@bayardfirm.com |
| tgw@stevenslee.com | astitzer@bayardfirm.com |
| *Attorneys for Defendant* | *Attorneys for Defendants Lupin* |
| *Teva Pharmaceuticals USA, Inc.* | *Pharmaceuticals, Inc. and Lupin Ltd.* |
| | |
| Kevin G. Abrams | Jeffrey L. Moyer |
| John M. Seaman | Kelly E. Farnan |
| ABRAMS & LASTER LLP | RICHARDS, LAYTON & FINGER |
| 20 Montchanin Road, Suite 200 | One Rodney Square |
| Wilmington, DE 19807 | 920 N. King Street |
| Abrams@abramslaster.com | Wilmington, DE 19899 |
| Seaman@abramslaster.com | Moyer@rlf.com |
| *Attorneys for Defendant* | Farnan@rlf.com |
| *Sun Pharmaceutical Industries Ltd.* | *Attorneys for Defendants Wockhardt USA* |
| | *Inc. and Wockhardt Limited* |

Frederick Cottrell
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John M. Desmarais | F. Dominic Cerrito |
| Gerald J. Flattmann, Jr. | Daniel L. Malone |
| Melanie R. Rupert | Eric C. Stops |
| Andres Sawicki | JONES DAY |
| Manuel Vélez | 222 East 41st Street |
| KIRKLAND & ELLIS, L.L.P. | New York, NY 10017 |
| Citigroup Center | fdcerrito@jonesday.com |
| 153 E. 53rd Street | dlmalone@jonesday.com |
| New York, NY 10022 | estops@jonesday.com |
| jdesmarais@kirkland.com | *Attorneys for Plaintiffs* |
| gflattmann@kirkland.com | |
| mrupert@kirkland.com | |
| asawicki@kirkland.com | |
| mvelez@kirkland.com | |
| *Attorneys for Plaintiffs* | |
| | |
| Robert B. Breisblatt | William A. Rakoczy |
| Stephen P. Benson | Paul J. Molino |
| Craig M. Kuchii | Deanne M. Mazzochi |
| Brian J. Sodikoff | Neil A. Benchell |
| Jeremy C. Daniel | John Polivick |
| Joanna R. Stevason | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| KATTEN MUCHIN ROSENMAN LLP | |
| 525 West Monroe Street | 6 West Hubbard Street, Suite 500 |
| Chicago, IL 60661-3693 | Chicago, IL 60610 |
| robert.breisblatt@kattenlaw.com | wrakoczy@rmmslegal.com |
| stephen.benson@kattenlaw.com | pmolino@rmmslegal.com |
| craig.kuchii@kattenlaw.com | dmazzochi@rmmslegal.com |
| brian.sodikoff@kattenlaw.com | nbenchell@rmmslegal.com |
| jeremy.daniel@kattenlaw.com | jpolivick@rmmslegal.com |
| joanna.stevason@kattenlaw.com | *Attorneys for Defendant Cobalt Laboratories, Inc.* |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | |

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078-2703
lweinstein@budd-larner.com
bradin@budd-larner.com
*Attorneys for Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd. and Defendants Interpharm Holdings, Inc., and Interpharm, Inc.*

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
rchin@wsgr.com
*Attorneys for Defendants Genpharm Inc. and Genpharm, L.P. and Defendant Mylan Pharmaceuticals Inc.*

Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94394-1050
rshulman@wsgr.com
tkearney@wsgr.com
*Attorneys for Defendants Genpharm Inc. and Genpharm, L.P. and Defendant Mylan Pharmaceuticals Inc.*

Douglass C. Hochstetler
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
dhochstetler@schiffhardin.com
spatel@schiffhardin.com
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K. Street, N.W., Suite 300
Washington, D.C.  20036
dcohly@schiffhardin.com
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y.  10019-6099
tmeloro@willkie.com
echang@willkie.com
cragan@willkie.com
*Attorneys for Defendants PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

| | |
|---|---|
| Charles B. Klein<br>Jay L. Levine<br>Jovial Wong<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>cklein@winston.com<br>jlevine@winston.com<br>jwong@winston.com<br>*Attorneys for Defendant*<br>*Sun Pharmaceutical Industries Ltd.* | Steven J. Lee<br>Sheila Mortazavi<br>Merri C. Moken<br>Peter L. Giunta<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>slee@kenyon.com<br>smortazavi@kenyon.com<br>mmoken@kenyon.com<br>pgiunta@kenyon.com<br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |
| Michael M. Shen<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, DC  2005-1257<br>mshen@kenyon.com<br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* | David E. Marder<br>Yixin H. Tang<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA  02199<br>demarder@rkmc.com<br>yhtang@rkmc.com<br>*Attorneys for Defendant*<br>*Upsher-Smith Laboratories Inc.* |
| Jake M. Holdreith<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402<br>jmholdreith@rkmc.com<br>*Attorneys for Defendant*<br>*Upsher-Smith Laboratories Inc.* | Mark Boland<br>Michael R. Dzqonczyk<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC  20037<br>mboland@sughrue.com<br>mdzwonczyk@sughrue.com<br>*Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited* |

5

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth G. Schuler<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 876-7700<br>kenneth.schuler@lw.com | By: */s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, Delaware 19801<br>   Tel:  (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   dmoore@potteranderson.com |
| Terrence J. Connolly<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>Tel: (212) 906-1200<br>terrence.connolly@lw.com | *Attorneys for Defendant*<br>*Orgenus Pharma Inc.* |
| Darryl H. Steensma<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 523.5400<br>darryl.steensma@lw.com | |

Dated:  July 18, 2008
875001 / 32657

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 18, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | John M. Desmarais |
| Maryellen Noreika | Gerald J. Flattmann, Jr. |
| James W. Parrett, Jr. | Melanie R. Rupert |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Andres Sawicki |
| | Manuel Vélez |
| 1201 North Market Street | KIRKLAND & ELLIS, L.L.P. |
| P.O. Box 1347 | Citigroup Center |
| Wilmington, DE 19899 | 153 E. 53rd Street |
| jblumenfeld@mnat.com | New York, NY 10022 |
| mnoreika@mnat.com | jdesmarais@kirkland.com |
| jparrett@mnat.com | gflattmann@kirkland.com |
| *Attorneys for Plaintiffs* | mrupert@kirkland.com |
| | asawicki@kirkland.com |
| | mvelez@kirkland.com |
| | *Attorneys for Plaintiffs* |

| | |
|---|---|
| F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>fdcerrito@jonesday.com<br>dlmalone@jonesday.com<br>estops@jonesday.com<br>*Attorneys for Plaintiffs* | Robert B. Breisblatt<br>Brian J. Sodikoff<br>Stephen P. Benson<br>Craig M. Kuchii<br>Jeremy C. Daniel<br>Joanna R. Stevason<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>robert.breisblatt@kattenlaw.com<br>stephen.benson@kattenlaw.com<br>craig.kuchii@kattenlaw.com<br>brian.sodikoff@kattenlaw.com<br>jeremy.daniel@kattenlaw.com<br>joanna.stevason@kattenlaw.com<br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| Richard K. Herrmann<br>Mary Matterer<br>Amy A. Quinlan<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>aquinlan@morrisjames.com<br>*Attorneys for Defendant*<br>*Cobalt Laboratories, Inc.* | William A. Rakoczy<br>Paul J. Molino<br>Deanne M. Mazzochi<br>Neil A. Benchell<br>John Polivick<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>wrakoczy@rmmslegal.com<br>pmolino@rmmslegal.com<br>dmazzochi@rmmslegal.com<br>nbenchell@rmmslegal.com<br>jpolivick@rmmslegal.com<br>*Attorneys for Defendant Cobalt Laboratories, Inc.* |
| Louis H. Weinstein<br>Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>lweinstein@budd-larner.com<br>bradin@budd-larner.com<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd., Interpharm Holdings, Inc., and Interpharm, Inc.* | Ron E. Shulman<br>Terry Kearney<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94394-1050<br>rshulman@wsgr.com<br>tkearney@wsgr.com<br>*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.* |

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
rchin@wsgr.com
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Lorelei Westin
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
lwestin@wsgr.com
*Attorneys for Defendants Genpharm ULC and Genpharm, L.P. and Defendant Mylan Pharmaceuticals Inc.*

Richard D. Kirk
Ashley B. Stitzer
BAYARD, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE  19899
rkirk@bayardlaw.com
astitzer@bayardlaw.com
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

Douglass C. Hochstetler
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
dhochstetler@schiffhardin.com
spatel@schiffhardin.com
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K. Street, N.W., Suite 300
Washington, D.C.  20036
dcohly@schiffhardin.com
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
kenneth.schuler@lw.com
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd., and Orgenus Pharma Inc.*

Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
terrence.connolly@lw.com
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. and Orgenus Pharma Inc.*

Darryl H. Steensma
Amy P. Noss
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA  92130
darryl.steensma@lw.com
amy.noss@lw.com
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. and Orgenus Pharma Inc.*

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
tmeloro@willkie.com
echang@willkie.com
cragan@willkie.com
*Attorneys for Defendants PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jlevine@winston.com
jwong@winston.com
rnangia@winston.com
*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

Joseph Grey
Thomas G. Whalen, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
jg@stevenslee.com
tgw@stevenslee.com
*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

Steven J. Lee
Sheila Mortazavi
Merri C. Moken
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY 10004
slee@kenyon.com
smortazavi@kenyon.com
mmoken@kenyon.com
pgiunta@kenyon.com
*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 2005-1257
mshen@kenyon.com
*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

4

Frederick Cottrell
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

David E. Marder
Yixin H. Tang
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199
demarder@rkmc.com
yhtang@rkmc.com
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

Jake M. Holdreith
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
Moyer@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited*

Mark Boland
Michael R. Dzwonczyk
Renita S. Rathinam
Kim E. Choate
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
mboland@sughrue.com
mdzwonczyk@sughrue.com
rrathinam@sughrue.com
kchoate@sughrue.com
cbiyer@sughrue.com
*Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited*

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

869316 / 32657 (Cons.)

6