# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED, <br><br> Defendants. | Civil Action No. 08-0021 (GMS)(LPS) <br> (Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANT COBALT LABORATORIES INC.'S RULE 26(a)(1) INITIAL DISCLOSURES**, were served upon the attorneys listed below as indicated on the 22nd day of July, 2008:

Jack B. Blumenfeld                                   Counsel for Plaintiffs
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801
jblumenfeld@mnat.com
mnoreika@mnat.com

| | |
|---|---|
| Jeffrey L. Moyer<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>moyer@rlf.com<br>farnan@rlf.com | Counsel for Defendants Wockhardt USA Inc. and Wockhardt Limited |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>gaza@rlf.com | Counsel for Defendant Upsher-Smith Laboratories Inc. |
| Richard D. Kirk<br>Ashley B. Stitzer<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | Counsel for Defendants Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd. |
| John Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>Kirkland & Ellis<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022<br>212.446.4800<br>jdesmarais@kirkland.com<br>gflattmann@kirkland.com<br>mrupert@kirkland.com | Counsel for Plaintiffs |

| | |
|---|---|
| F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>212.326.3939<br>fdcerrito@jonesday.com<br>dlmalone@jonesday.com<br>estops@jonesday.com | Counsel for Plaintiffs Merz Pharma GMBH & Co. KGAA and Merz Pharmaceuticals GMBH |
| Douglas C. Hochstetler<br>Sailesh K. Patel<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL  60606<br>dhochstetler@schiffhardin.com<br>spatel@schiffhardin.com | Counsel for Defendants Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd. |

      */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for COBALT LABORATORIES, INC.*