## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COBALT LABORATORIES INC., et al., ) <br> ) <br> Defendants. ) | C.A. No. 08-021 (GMS) (LPS) <br> CONSOLIDATED |
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., et al., ) <br> ) <br> Defendants. ) | C.A. No. 08-022 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DR. REDDY'S LABORATORIES, INC., et al., ) <br> ) <br> Defendants. ) | C.A. No. 08-052 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ORGENUS PHARMA INC., ) <br> ) <br> Defendant. ) | C.A. No. 08-291 (GMS) (LPS) |

|  |  |
|---|---|
| FOREST LABORATORIES, INC., et al., ) ) Plaintiffs, ) ) v. ) ) APOTEX INC., et al., ) ) Defendants. ) | C.A. No. 08-336 (GMS) (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Rule 26(a)(1) Initial Disclosures* were caused to be served on July 22, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire  *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP  *And HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Cobalt Laboratories Inc.*

William A. Rakoczy, Esquire  *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Neil A. Benchell, Esquire
John Polivick, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Cobalt Laboratories Inc.*

Kelly E. Farnan, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Counsel for Wockhardt USA Inc. and*  
*Wockhardt Limited*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Michael Dzwonczyk, Esquire  
Mark Boland, Esquire  
Chid Iyer, Esquire  
SUGHRUE MION, PLLC  
2100 Pennsylvania Avenue, N.W.  
Washington, DC 23307  
*Counsel for Wockhardt USA Inc. and*  
*Wockhardt Limited*

*VIA ELECTRONIC MAIL*

Frederick L. Cottrell, III, Esquire  
Anne Shea Gaza, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

David E. Marder, Esquire  
Jake M. Holdreith, Esquire  
Yixin H. Tang, Esquire  
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.  
Prudential Tower, 25th Floor  
800 Boylston Street  
Boston, MA 02199  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL*

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Counsel for Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare), PLIVA d.d.,*<br>*PLIVA-Hrvatska d.o.o., Barr Laboratories,*<br>*Inc., Barr Pharmaceuticals, Inc., Interpharm*<br>*Holdings, Inc., Interpharm, Inc., Dr. Reddy's*<br>*Laboratories, Inc., Dr. Reddy's Laboratories*<br>*Limited, Orgenus Pharma Inc., Genpharm*<br>*Inc., Genpharm, L.P., Mylan Pharmaceuticals*<br>*Inc., Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare) and Orgenus*<br>*Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc.*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare) and Orgenus*<br>*Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc.*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare) and Orgenus*<br>*Pharma Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Steven J. Lee, Esquire<br>Sheila Mortazavi, Esquire<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas J. Meloro, Esquire<br>Eugene L. Chang, Esquire<br>Coleman B. Ragan, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>*Counsel for PLIVA d.d., PLIVA-Hrvatska*<br>*d.o.o., Barr Laboratories, Inc. and Barr*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Sun India Pharmaceutical*<br>*Industries Limited (a/k/a Sun Pharmaceutical*<br>*Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Sun India Pharmaceutical*<br>*Industries Limited (a/k/a Sun Pharmaceutical*<br>*Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Terry Kearney, Esquire<br>Roger J. Chin, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys Genpharm Inc., Genpharm, L.P. and*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Robert B. Breisblatt, Esquire
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc. and Apotex Corp*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*
John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

July 22, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer, Esquire
>MORRIS JAMES LLP
>
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Richard D. Kirk, Esquire
>Ashley B. Stitzer, Esquire
>BAYARD, P.A.
>
>Joseph Grey, Esquire
>Thomas G. Whalen, Jr., Esquire
>STEVENS & LEE, P.C.
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on July 22, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*And HAND DELIVERY* |

| | |
|---|---|
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL  60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Michael Dzwonczyk, Esquire<br>Mark Boland, Esquire<br>Chid Iyer, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC  23307<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| David E. Marder, Esquire<br>Jake M. Holdreith, Esquire<br>Yixin H. Tang, Esquire<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA  02199<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare), PLIVA d.d.,<br>PLIVA-Hrvatska d.o.o., Barr Laboratories,<br>Inc., Barr Pharmaceuticals, Inc., Interpharm<br>Holdings, Inc., Interpharm, Inc., Dr. Reddy's<br>Laboratories, Inc., Dr. Reddy's Laboratories<br>Limited, Orgenus Pharma Inc., Genpharm<br>Inc., Genpharm, L.P., Mylan Pharmaceuticals<br>Inc., Apotex Inc. and Apotex Corp* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare) and Orgenus<br>Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare) and Orgenus<br>Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd<br>(d/b/a Orchid Healthcare) and Orgenus<br>Pharma Inc.* | *VIA ELECTRONIC MAIL* |

Richard D. Kirk, Esquire  
Ashley B. Stitzer, Esquire  
BAYARD, P.A.  
222 Delaware Avenue  
Suite 900  
Wilmington, DE 19801  
*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Douglass C. Hochstetler, Esquire  
D. Christopher Ohly, Esquire  
Sailesh K. Patel, Esquire  
SCHIFF HARDIN LLP  
6600 Sears Tower  
Chicago, IL 60606  
*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.*

*VIA ELECTRONIC MAIL*

Joseph Grey, Esquire  
Thomas G. Whalen, Jr., Esquire  
STEVENS & LEE, P.C.  
1105 North Market Street  
7th Floor  
Wilmington, DE 19801  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Steven J. Lee, Esquire  
Sheila Mortazavi, Esquire  
KENYON & KENYON LLP  
One Broadway  
New York, NY 10004  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Thomas J. Meloro, Esquire  
Eugene L. Chang, Esquire  
Coleman B. Ragan, Esquire  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, NY 10019-6099  
*Counsel for PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Terry Kearney, Esquire<br>Roger J. Chin, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Robert B. Breisblatt, Esquire      *VIA ELECTRONIC MAIL*
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc. and Apotex Corp*

_____
Maryellen Noreika (#3208)