I IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., <br> FOREST LABORATORIES HOLDINGS, LTD., <br> MERZ PHARMA GMBH & CO. KGAA, and <br> MERZ PHARMACEUTICALS GMBH, <br> <br> Plaintiffs, <br> <br> v. <br> <br> COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED, <br> <br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 08-021-GMS-LPS ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2008, copies of Defendants Wockhardt USA, Inc. and Wockhardt Limited Initial Disclosures Under Rule 26(a)(1), Fed.R.Civ.P. were served on counsel as follows:

**VIA HAND DELIVERY AND ELECTRONIC MAIL:**

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Mary Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

Joseph Grey
Thomas G. Whalen, Jr.
Stevens & Lee
1105 North Market Street  -7th Floor
Wilmington, DE 19801

RLF1-3305079-1

-2-

Richard D. Kirk
Ashley B. Stitzer
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

John M. Seaman
Abrams & Laster LLP
20 Montchanin Road - Suite 20
Greenville, DE 19807

**VIA ELECTRONIC MAIL:**

John M. Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
Andres Sawicki
Manuel Velez
Kirckland & Ellis, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
Jones Day
222 East 41st Street
New York, NY  10017

Robert B. Breisblatt
Stephen P. Benson
Craig M. Kuchii
Brian J. Sodikoff
Jeremy C. Daniel
Joanna R. Stevason
Katten Muchin Rosenman, LLP
525 West Monroe Street
Chicago, IL 60661-3693

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
Rakoczy Molino Mazzochi Siwik, LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60610

Louis H. Weinstein
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, N.J.   07078

Roger J. Chin
Wilson Sonsini Goodrich & Rosati
One Market St.
 Spear Tower,Suitte. 3300
San Francisco, CA 94105

Ron E. Shulman
Terry Kearney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94394-1050

Lorelei Westin
Wilsom Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, CA  92130

Douglass C. Hochstetler
Sailesh K. Patel
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL  60606

Kenneth G. Schuler
Latham & Watkins, LLP
Sears Tower, Suite 5800
Chicago, IL  60606

Darryl H. Steensma
Amy P. Noss
Latham & Watkins, LLP
12636 High Bluff Drive, Suite 400
San Diego, CA  92130

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
Winston & Strawn, LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817

Michael M. Shen
Kenyon & Kenyon, LLP
1500 K Street, N.W.
Washington, D.C.  2005-1257

D. Christopher Ohly
Schiff Harden, LLP
1666 K. Street, N.W., Suite 300
Washington, D.C.  20036

Terrence J. Connolly
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

Steven J. Lee
Shelia Mortazavi
Merri C. Moken
Peter L. Giunta
Kenyon & Kenyon, LLP
One Broadway
New York, NY  10004

David E. Marder
Yixin H. Tang
Robins, Kaplan, Miller & Ciresi, LLP
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA  02199

Jake M. Holdreith
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

-3-

-4-

| | |
|---|---|
| OF COUNSEL: | *Kelly E. Farnan* (signature)<br>Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com |
| Michael R. Dzwonczyk<br>Mark Boland<br>Chid Iyer<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Ave., N.W.<br>Washington D.C. 20037<br>(202) 293-7060 | Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| | *Attorneys for Defendants Wockhardt USA Inc. and Wockhardt Limited* |

Dated: July 22, 2008