## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC.,<br>FOREST LABORATORIES HOLDINGS LTD.,<br>MERZ PHARMA GMBH & CO. KGAA, and<br>MERZ PHARMACEUTICALS GMBH, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 08-021-GMS-LPS<br>(Consolidated) |
| DR. REDDY'S LABORATORIES, INC.,<br>DR. REDDY'S LABORATORIES LIMITED,<br>GENPHARM INC., GENPHARM, L.P.,<br>INTERPHARM HOLDINGS, INC.,<br>INTERPHARM, INC., MYLAN<br>PHARMACEUTICALS INC., RANBAXY INC.,<br>RANBAXY LABORATORIES LIMITED,<br>KENDLE INTERNATIONAL INC.,<br>SUN INDIA PHARMACEUTICAL<br>INDUSTRIES LIMITED (a/k/a SUN<br>PHARMACEUTICALS INDUSTRIES<br>LIMITED), SYNTHON HOLDINGS B.V.,<br>SYNTHON LABORATORIES, INC. and<br>SYNTHON PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT SUN PHARMACEUTICAL INDUSTRIES LTD.'S
## NOTICE OF SERVICE OF INITIAL DISCLOSURES

I hereby certify that on July 22, 2008, I caused copies of Defendant Sun Pharmaceutical

Industries Ltd.'s Initial Disclosures to be served on following in the manner indicated below:

**By Hand and Email**
Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

**By U.S. Mail and Email**
F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Attorneys for Plaintiffs*

**By Email**
Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrman@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Cobalt Laboratories, Inc.*

**By U.S. Mail and Email**
John Desmarais
Gerald J. Flattman, Jr
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
jdesmarais@kirkland.com
gflattman@kirkland.com
mrupert@kirkland.com
*Attorneys for Plaintiffs*

**By Email**
Robert B. Breisblatt
Brian J. Sodikoff
Stephen P. Benson
Craig M. Kuchii
Jeremy C. Daniel
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
robert.breisblatt@kattenlaw.com
stephen.benson@kattenlaw.com
craig.kuchii@kattenlaw.com
brian.sodikoff@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com
*Attorneys for Apotex Inc. and Apotex Corp.*

**By Email**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
nbenchell@rmmslegal.com
jpolivick@rmmslegal.com
*Attorneys for Cobalt Laboratories, Inc.*

**By Email**
Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
lweinstein@budd-larner.com
bradin@budd-larner.com
*Attorneys for Dr. Reddy's Laboratories, Inc.,*
*Dr. Reddy's Laboratories, Ltd., Interpharm*
*Holdings, Inc. and Interpharm, Inc.*

**By Email**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Orchid Pharmaceuticals Inc.,*
*Orchid Chemicals & Pharmaceuticals Ltd.*
*(d/b/a Orchid Healthcare), PLIVA d.d.,*
*PLIVA-Hravtska d.o.o., Barr Laboratories,*
*Inc., Barr Pharmaceuticals, Inc. Interpharm*
*Holdings, Inc. Interpharm, Inc., Dr. Reddy's*
*Laboratories, Inc. Dr. Reddy's Laboratories*
*Ltd. Orgenus Pharma Inc., Genpharm Inc.,*
*Genpharm, L.P., Mylan, Pharmaceuticals Inc.*
*Apotex Inc. and Apotex Corp.*

**By Email**
Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394-1050
rshulman@wsgr.com
tkearney@wsgr.com
*Attorneys for Genpharm ULC, Genpharm, L.P.*
*and Mylan Pharmaceuticals, Inc.*

**By Email**
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
rchin@wsgr.com
*Attorneys for Genpharm ULC, Genpharm, L.P.*
*and Mylan Pharmaceuticals, Inc.*

**By Email**
Lorelei Westin
WILSON SONSINI GOODRICH & ROSATI
12234 El. Camino Real, Suite 200
San Diego, CA 92130
lwestin@wsgr.com
*Attorneys for Genpharm ULC, Genpharm, L.P.*
*and Mylan Pharmaceuticals, Inc.*

**By Email**
Richard D. Kirk
Ashley B. Stitzer
BAYARD, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
astitzer@bayardlaw.com
*Attorneys for Lupin Pharmaceuticals, Inc. and*
*Lupin Ltd.*

**By Email**
Douglass C. Hochstetler
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
dhochstetler@schiffhardin.com
spatel@schiffhardin.com
*Attorneys for Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

**By Email**
Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
kenneth.schuler@lw.com
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. and Orgenus Pharma Inc.*

**By Email**
Darryl H. Steensma
Amy P. Noss
LATHAM & WATKINS LLP
12635 High Bluff Drive, Suite 400
San Diego, CA 92130
darryl.steensma@lw.com
amy.noss@lw.com
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. and Orgenus Pharma Inc.*

**By Email**
D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K. Street, N.W., Suite 300
Washington, D.C. 20036
dcohly@schiffhardin.com
*Attorneys for Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

**By Email**
Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Terrence.connolly@lw.com
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. and Orgenus Pharma Inc.*

**By Email**
Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
tmeloro@willkie.com
echang@willkie.com
cragan@willkie.com
*Attorneys for Defendants PLIVA dd., Pliva-Hrvatska d.o.o., Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.*

**By Email**
Joseph Grey
Thomas G. Whalen, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
jg@stevenslee.com
tgw@stevenslee.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

**By Email**
Michael M. Shen
KENYON & KENYON LLP
1500 K Street NW
Washington, DC 20005-1257
mshen@kenyon.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

**By Email**
David E. Marder
Yixin H. Tang
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
Prudential Tower, 25th Floor
800 Boylston St.
Boston, MA 02199
demarder@rkmc.com
yhtang@rkmc.com
*Attorneys for Upsher-Smith Laboratories, Inc.*

**By Email**
Steven J. Lee
Sheila Mortazavi
Merri C. Moken
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY 10004
slee@kenyon.com
smortazavi@kenyon.com
mmoken@kenyon.com
pgiunta@kenyon.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

**By Email**
Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Upsher-Smith Laboratories, Inc.*

**By Email**
Jake M. Holdreith
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com
*Attorneys for Upsher-Smith Laboratories, Inc.*

{A&L-00069431-}

5

**By Email**
Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com
*Attorneys for Wockhardt USA Inc. and Wockhardt Ltd.*

**By Email**
Mark Boland
Michael R. Dzwonczyk
Renita S. Rathinam
Kim E. Choate
Chandran B. Iyer
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
mboland@sughrue.com
mdzwonczyk@sughrue.com
rrathinam@sughrue.com
kchoate@sughrue.com
cbiyer@sughrue.com
*Attorneys for Wockhardt USA Inc. and Wockhardt Ltd.*

Of Counsel:

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
cklein@winston.com
jlevine@winston.com
jwong@winston.com
rnangia@winston.com

Dated: July 22, 2008

Respectfully submitted,

_____
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone: (302) 778-1000
Facsimile: (302) 778-1001
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on July 22, 2008, the foregoing document was electronically filed with the Clerk of Court using CM/ECF which will send notification to the registered attorneys of record that the document ahs been filed and is available for viewing and downloading.

I further certify that on July 22, 2008, the attached document was served on the following counsel in the manner indicated:

**By Hand and Email**
Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

**By U.S. Mail and Email**
John Desmarais
Gerald J. Flattman, Jr
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
jdesmarais@kirkland.com
gflattman@kirkland.com
mrupert@kirkland.com
*Attorneys for Plaintiffs*

**By U.S. Mail and Email**
F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Attorneys for Plaintiffs*

**By Email**
Robert B. Breisblatt
Brian J. Sodikoff
Stephen P. Benson
Craig M. Kuchii
Jeremy C. Daniel
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
robert.breisblatt@kattenlaw.com
stephen.benson@kattenlaw.com
craig.kuchii@kattenlaw.com
brian.sodikoff@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@kattenlaw.com
*Attorneys for Apotex Inc. and Apotex Corp.*

{A&L-00069417-}

**By Email**
Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrman@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com
*Attorneys for Cobalt Laboratories, Inc.*

**By Email**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
nbenchell@rmmslegal.com
jpolivick@rmmslegal.com
*Attorneys for Cobalt Laboratories, Inc.*

**By Email**
Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
lweinstein@budd-larner.com
bradin@budd-larner.com
*Attorneys for Dr. Reddy's Laboratories, Inc.,
Dr. Reddy's Laboratories, Ltd., Interpharm
Holdings, Inc. and Interpharm, Inc.*

**By Email**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Orchid Pharmaceuticals Inc.,
Orchid Chemicals & Pharmaceuticals Ltd.
(d/b/a Orchid Healthcare), PLIVA d.d.,
PLIVA-Hravtska d.o.o., Barr Laboratories,
Inc., Barr Pharmaceuticals, Inc. Interpharm
Holdings, Inc. Interpharm, Inc., Dr. Reddy's
Laboratories, Inc. Dr. Reddy's Laboratories
Ltd. Orgenus Pharma Inc., Genpharm Inc.,
Genpharm, L.P., Mylan, Pharmaceuticals Inc.
Apotex Inc. and Apotex Corp.*

**By Email**
Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394-1050
rshulman@wsgr.com
tkearney@wsgr.com
*Attorneys for Genpharm ULC, Genpharm, L.P.
and Mylan Pharmaceuticals, Inc.*

**By Email**
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
rchin@wsgr.com
*Attorneys for Genpharm ULC, Genpharm, L.P.
and Mylan Pharmaceuticals, Inc.*

**By Email**
Lorelei Westin
WILSON SONSINI GOODRICH & ROSATI
12234 El. Camino Real, Suite 200
San Diego, CA 92130
lwestin@wsgr.com
*Attorneys for Genpharm ULC, Genpharm, L.P.*
*and Mylan Pharmaceuticals, Inc.*

**By Email**
Douglass C. Hochstetler
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
dhochstetler@schiffhardin.com
spatel@schiffhardin.com
*Attorneys for Lupin Pharmaceuticals, Inc. and*
*Lupin Ltd.*

**By Email**
Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
kenneth.schuler@lw.com
*Attorneys for Defendants Orchid*
*Pharmaceuticals Inc., Orchid Chemicals &*
*Pharmaceuticals Ltd. and Orgenus Pharma*
*Inc.*

**By Email**
Darryl H. Steensma
Amy P. Noss
LATHAM & WATKINS LLP
12635 High Bluff Drive, Suite 400
San Diego, CA 92130
darryl.steensma@lw.com
amy.noss@lw.com
*Attorneys for Defendants Orchid*
*Pharmaceuticals Inc., Orchid Chemicals &*
*Pharmaceuticals Ltd. and Orgenus Pharma*
*Inc.*

**By Email**
Richard D. Kirk
Ashley B. Stitzer
BAYARD, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
astitzer@bayardlaw.com
*Attorneys for Lupin Pharmaceuticals, Inc. and*
*Lupin Ltd.*

**By Email**
D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K. Street, N.W., Suite 300
Washington, D.C. 20036
dcohly@schiffhardin.com
*Attorneys for Lupin Pharmaceuticals, Inc. and*
*Lupin Ltd.*

**By Email**
Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Terrence.connolly@lw.com
*Attorneys for Defendants Orchid*
*Pharmaceuticals Inc., Orchid Chemicals &*
*Pharmaceuticals Ltd. and Orgenus Pharma*
*Inc.*

**By Email**
Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
tmeloro@willkie.com
echang@willkie.com
cragan@willkie.com
*Attorneys for Defendants PLIVA dd., Pliva-*
*Hrvatska d.o.o., Barr Laboratories, Inc and*
*Barr Pharmaceuticals, Inc.*

**By Email**
Joseph Grey
Thomas G. Whalen, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
jg@stevenslee.com
tgw@stevenslee.com
*Attorneys for Defendant Teva Pharmaceuticals
USA, Inc.*

**By Email**
Steven J. Lee
Sheila Mortazavi
Merri C. Moken
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY 10004
slee@kenyon.com
smortazavi@kenyon.com
mmoken@kenyon.com
pgiunta@kenyon.com
*Attorneys for Defendant Teva Pharmaceuticals
USA, Inc.*

**By Email**
Michael M. Shen
KENYON & KENYON LLP
1500 K Street NW
Washington, DC 20005-1257
mshen@kenyon.com
*Attorneys for Defendant Teva Pharmaceuticals
USA, Inc.*

**By Email**
Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Upsher-Smith Laboratories, Inc.*

**By Email**
David E. Marder
Yixin H. Tang
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
Prudential Tower, 25th Floor
800 Boylston St.
Boston, MA 02199
demarder@rkmc.com
yhtang@rkmc.com
*Attorneys for Upsher-Smith Laboratories, Inc.*

**By Email**
Jake M. Holdreith
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com
*Attorneys for Upsher-Smith Laboratories, Inc.*

**By Email**
Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com
*Attorneys for Wockhardt USA Inc. and*
*Wockhardt Ltd.*

**By Email**
Mark Boland
Michael R. Dzwonczyk
Renita S. Rathinam
Kim E. Choate
Chandran B. Iyer
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
mboland@sughrue.com
mdzwonczyk@sughrue.com
rrathinam@sughrue.com
kchoate@sughrue.com
cbiyer@sughrue.com
*Attorneys for Wockhardt USA Inc. and*
*Wockhardt Ltd.*

John M. Seaman (#3868)