# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., <br> FOREST LABORATORIES HOLDINGS, LTD., <br> MERZ PHARMA GMBH & CO. KGAA, and <br> MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED, <br><br> Defendants. | C.A. No. 08-021-GMS-LPS <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2008, copies of Defendant Upsher-Smith Laboratories, Inc.'s Initial Disclosures Under Rule 26(a)(1), Fed.R.Civ.P. were served on counsel as follows:

Jack B. Blumenfeld, Esquire                                    *Via First Class Mail*
Maryellen Noreika, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Plaintiffs*

| | |
|---|---|
| John Desmarais, *Esquire*<br>Gerald J. Flattmann, Jr., Esquire<br>Melanie R. Rupert, Esquire<br>Andres Sawicki, Esquire<br>Manuel Valez, Esquire<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>*Attorneys for Plaintiffs* | Via First Class Mail |
| F. Dominic Cerrito, *Esquire*<br>Daniel L. Malone, Esquire<br>Eric C. Stops, Esquire<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>*Attorneys for Plaintiffs* | Via First Class Mail |
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>Amy A. Quinlan, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *Via First Class Mail* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *Via First Class Mail* |

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Wockhardt USA Inc.*<br>*and Wockhardt Limited* | *Via First Class Mail* |
| Mark Boland, Esquire<br>Michael Dzwonczyk, Esquire<br>Chid Iyer, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 23307<br>*Counsel for Wockhardt USA Inc.*<br>*and Wockhardt Limited* | *Via First Class Mail* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street - 6th Floor<br>Wilmington, DE 19801<br>*Counsel for Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare), PLIVA d.d.,*<br>*PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc.,*<br>*Barr Pharmaceuticals, Inc., Interpharm*<br>*Holdings, Inc., Interpharm, Inc.,*<br>*Dr. Reddy's Laboratories, Inc., Dr. Reddy's*<br>*Laboratories Limited, Orgenus Pharma Inc.,*<br>*Genpharm Inc., Genpharm, L.P.,*<br>*Mylan Pharmaceuticals Inc.,*<br>*Apotex Inc. and Apotex Corp.* | *Via First Class Mail* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower — Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare) and Orgenus*<br>*Pharma Inc.* | *Via First Class Mail* |

RLF1-3305148-1

| | |
|---|---|
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue — Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare) and Orgenus*<br>*Pharma Inc.* | *Via First Class Mail* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive - Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare) and Orgenus*<br>*Pharma Inc.* | *Via First Class Mail* |
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals*<br>*USA, Inc. and Lupin, Ltd.* | *Via First Class Mail* |
| Douglass C. Hochstetler, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals*<br>*USA, Inc. and Lupin, Ltd.* | *Via First Class Mail* |
| D. Christopher Ohly, Esquire<br>SCHIFF HARDIN LLP<br>1666 K. Street, N.W., Suite 300<br>Washington, DC 20036<br>*Counsel for Lupin Pharmaceuticals*<br>*USA, Inc. and Lupin, Ltd* | *Via First Class Mail* |

Joseph Grey, Esquire  *Via First Class Mail*
Thomas G. Whalen, Jr., Esquire
STEVENS & LEE, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Steven J. Lee, Esquire  *Via First Class Mail*
Sheila Mortazavi, Esquire
Merri C. Moken, Esquire
Peter L. Guinta, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*Counsel for Teva Pharmaceuticals USA, Inc.*

Michael M. Shen, Esquire  *Via First Class Mail*
KENYON & KENYON LLP
1500 K. Street, NW
Washington, DC 20005
*Counsel for Teva Pharmaceuticals USA, Inc.*

Thomas J. Meloro, Esquire
Eugene L. Chang, Esquire  *Via First Class Mail*
Coleman B. Ragan, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
*Counsel for PLIVA d.d.,*
*PLIVA-Hrvatska d.o.o.,*
*Barr Laboratories, Inc. and*
*Barr Pharmaceuticals, Inc.*

Louis H. Weinstein, Esquire  *Via First Class Mail*
Bruce D. Radin, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorney for Interpharm Holdings, Inc.,*
*Interpharm, Inc., Dr. Reddy's*
*Laboratories, Inc. and Dr. Reddy's*
*Laboratories Limited*

Kevin G. Abrams, Esquire                                            *Via First Class Mail*
John M. Seaman, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Sun India
Pharmaceutical Industries
Limited (a/k/a Sun Pharmaceutical
Industries Limited)*

                                                                    *Via First Class Mail*
Charles B. Klein, Esquire
Jay L. Levine, Esquire
Jovial Wong, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Sun India
Pharmaceutical Industries
Limited (a/k/a Sun Pharmaceutical
Industries Limited)*

Ron E. Shulman, Esquire                                             *Via First Class Mail*
Terry Kearney, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394
*Attorneys Genpharm Inc., Genpharm, L.P.
and Mylan Pharmaceuticals Inc.*

Roger J. Chin, Esquire                                              *Via First Class Mail*
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
*Attorneys Genpharm Inc., Genpharm, L.P.
and Mylan Pharmaceuticals Inc.*

Robert B. Breisblatt, Esquire  *Via First Class Mail*
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason, Esquire
KATTEN MUCHEN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc.*
*and Apotex Corp*

OF COUNSEL:

David E. Marder
Yixin H. Tang
Robins, Kaplan, Miller & Ciresi L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199

Jake M. Holdreith
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Dated: July 23, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4395)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

RLF1-3305148-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

Mary Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
mmatterer@morrisjames.com

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801
moyer@rlf.com
farnan@rlf.com

Joseph Grey
Thomas G. Whalen, Jr.
Stevens & Lee
1105 North Market Street  -7th Floor
Wilmington, DE 19801
jg@stevenslee.com
tgw@stevenslee.com

Richard D. Kirk
Ashley B. Stitzer
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
astitzer@bayardlaw.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

John M. Seaman
Abrams & Laster LLP
20 Montchanin Road - Suite 20
Greenville, DE 19807
seaman@abramslaster.com

I hereby certify that on July 23, 2008, the foregoing document was sent via first class mail to the following non-registered participants:

| | |
|---|---|
| John M. Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>Andres Sawicki<br>Manuel Velez<br>Kirckland & Ellis, LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>gflattmann@kirkland.com<br>mrupert@kirkland.com<br>mvelez@kirkland.com | F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>fdcerrito@jonesday.com<br>dlmalone@jonesday.com<br>estops@jonesday.com |
| Robert B. Breisblatt<br>Stephen P. Benson<br>Craig M. Kuchii<br>Brian J. Sodikoff<br>Jeremy C. Daniel<br>Joanna R. Stevason<br>Katten Muchin Rosenman, LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>robert.breisblatt@kattenlaw.com<br>stephen.benson@kattenlaw.com<br>craig.kuchii@kattenlaw.com<br>brian.sodikoff@kattenlaw.com<br>jeremy.daniel@kattenlaw.com<br>joanna.stevason@kattenlaw.com | William A. Rakoczy<br>Paul J. Molino<br>Deanne M. Mazzochi<br>Neil A. Benchell<br>John Polivick<br>Rakoczy Molino Mazzochi Siwik, LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>wrakoczy@rmmslegal.com<br>pmolino@rmmslegal.com<br>dmazzochi@rmmslegal.com<br>nbenchell@rmmslegal.com<br>jpolivick@rmmslegal.com |
| Louis H. Weinstein<br>Budd Larner, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, N.J. 07078<br>lweinstein@budd-larner.com | Roger J. Chin<br>Wilson Sonsini Goodrich & Rosati<br>One Market St.<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>rchin@wsgr.com |

Ron E. Shulman
Terry Kearney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94394-1050
rshulman@wsgr.com
tkearney@wsgr.com

Lorelei Westin
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, CA 92130
lwestin@wsgr.com

Douglass C. Hochstetler
Sailesh K. Patel
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL 60606
dhochstetler@schiffhardin.com
spatel@schiffhardin.com

D. Christopher Ohly
Schiff Harden, LLP
1666 K Street, N.W., Suite 300
Washington, D.C. 20036
dcohly@schiffhardin.com

Kenneth G. Schuler
Latham & Watkins, LLP
Sears Tower, Suite 5800
Chicago, IL 60606
kenneth.schuler@lw.com

Terrence J. Connolly
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
terrence.connolly@lw.com

Darryl H. Steensma
Amy P. Noss
Latham & Watkins, LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
darryl.steensma@lw.com
amy.noss@lw.com

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099
tmeloro@willkie.com
echang@willkie.com
cragan@willkie.com

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
Winston & Strawn, LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jlevine@winston.com
jwong@winston.com
rnangia@winston.com

Steven J. Lee
Shelia Mortazavi
Merri C. Moken
Peter L. Giunta
Kenyon & Kenyon, LLP
One Broadway
New York, NY 10004
slee@kenyon.com
smortazavi@kenyon.com
mmoken@kenyon.com
pgiunta@kenyon.com

-4-

Michael M. Shen
Kenyon & Kenyon, LLP
1500 K Street, N.W.
Washington, D.C. 20005-1257
mshen@kenyon.com

Mark Boland, Esquire
Michael Dzwonczyk, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 23307

*Anne Shea Gaza*

Anne Shea Gaza (#4093)
gaza@rlf.com