## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-021 (GMS) (LPS)<br>CONSOLIDATED |
| FOREST LABORATORIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-022 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-052 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ORGENUS PHARMA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-291 (GMS) (LPS) |

|  |  |
|---|---|
| FOREST LABORATORIES, INC., et al.,   )<br>                                                              )<br>                        Plaintiffs,            )<br>                                                              )<br>            v.                                             )<br>                                                              )<br>APOTEX INC., et al.,                          )<br>                                                              )<br>                        Defendants.        ) | C.A. No. 08-336 (GMS) (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Responses to Defendant Orgenus' First Set of Interrogatories to Plaintiffs* were caused to be served on July 25, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*And HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Michael Dzwonczyk, Esquire<br>Mark Boland, Esquire<br>Chid Iyer, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 23307<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| David E. Marder, Esquire<br>Jake M. Holdreith, Esquire<br>Yixin H. Tang, Esquire<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA 02199<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare), PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., Interpharm Holdings, Inc., Interpharm, Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Limited, Orgenus Pharma Inc., Genpharm Inc., Genpharm, L.P., Mylan Pharmaceuticals Inc., Apotex Inc. and Apotex Corp.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc. Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Steven J. Lee, Esquire<br>Sheila Mortazavi, Esquire<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas J. Meloro, Esquire<br>Eugene L. Chang, Esquire<br>Coleman B. Ragan, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>*Counsel for PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Louis H. Weinstein, Esquire                                    *VIA ELECTRONIC MAIL*
Bruce D. Radin, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorney for Interpharm Holdings, Inc.,*
*Interpharm, Inc., Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories Limited*

John M. Seaman, Esquire                                        *VIA ELECTRONIC MAIL*
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

James F. Hurst, Esquire                                        *VIA ELECTRONIC MAIL*
Charles B. Klein, Esquire
Jay L. Levine, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

Ron E. Shulman, Esquire                                        *VIA ELECTRONIC MAIL*
Terry Kearney, Esquire
Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Robert B. Breisblatt, Esquire                          *VIA ELECTRONIC MAIL*
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc. and Apotex Corp*

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          /s/ Maryellen Noreika
                                          Jack B. Blumenfeld (#1014)
                                          Maryellen Noreika (#3208)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19899-1347
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                          mnoreika@mnat.com

                                          *Attorneys for Plaintiffs*

*Of Counsel:*
John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

July 25, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Mary B. Matterer, Esquire
> MORRIS JAMES LLP
>
> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Richard D. Kirk, Esquire
> Ashley B. Stitzer, Esquire
> BAYARD, P.A.
>
> Joseph Grey, Esquire
> Thomas G. Whalen, Jr., Esquire
> STEVENS & LEE, P.C.
>
> John M. Seaman, Esquire
> Kevin G. Abrams, Esquire
> ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on July 25, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire                          *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP                                   *And HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Cobalt Laboratories Inc.*

| | |
|---|---|
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL  60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Michael Dzwonczyk, Esquire<br>Mark Boland, Esquire<br>Chid Iyer, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC  23307<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| David E. Marder, Esquire<br>Jake M. Holdreith, Esquire<br>Yixin H. Tang, Esquire<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA  02199<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare), PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., Interpharm Holdings, Inc., Interpharm, Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Limited, Orgenus Pharma Inc., Genpharm Inc., Genpharm, L.P., Mylan Pharmaceuticals Inc., Apotex Inc. and Apotex Corp* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY 10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA 92130<br>*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.<br>and Lupin, Ltd.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc.<br>and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Steven J. Lee, Esquire<br>Sheila Mortazavi, Esquire<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas J. Meloro, Esquire<br>Eugene L. Chang, Esquire<br>Coleman B. Ragan, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>*Counsel for PLIVA d.d., PLIVA-Hrvatska<br>d.o.o., Barr Laboratories, Inc. and Barr<br>Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Louis H. Weinstein, Esquire            *VIA ELECTRONIC MAIL*
Bruce D. Radin, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078-2703
*Attorney for Interpharm Holdings, Inc.,*
*Interpharm, Inc., Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories Limited*

John M. Seaman, Esquire             *VIA ELECTRONIC MAIL*
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

James F. Hurst, Esquire             *VIA ELECTRONIC MAIL*
Charles B. Klein, Esquire
Jay L. Levine, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
*Attorneys for Sun India Pharmaceutical*
*Industries Limited (a/k/a Sun Pharmaceutical*
*Industries Limited)*

Ron E. Shulman, Esquire            *VIA ELECTRONIC MAIL*
Terry Kearney, Esquire
Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Robert B. Breisblatt, Esquire
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc. and Apotex Corp*

*VIA ELECTRONIC MAIL*

_____
Maryellen Noreika (#3208)