### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-0021-GMS-LPS |
| | ) | (consolidated) |
| COBALT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which the parties shall file their proposed Protective Order is extended through and including August 11, 2008. The parties request this extension in order to have additional time to resolve any remaining issues.

| | |
|---|---|
| _/s/ Maryellen Noreika_ | _/s/ Mary B. Matterer_ |
| Jack B. Blumenfeld (I.D. #1014) | Richard K. Herrmann (I.D. #405) |
| Maryellen Noreika (I.D. #3208) | Mary B. Matterer (I.D. #2696) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Amy A. Quinlan (I.D. #3021) |
| 1201 N. Market Street | MORRIS JAMES LLP |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1500 |
| (302) 658-9200 | Wilmington, DE 19801-1494 |
| jblumenfeld@mnat.com | (302) 888-6800 |
| mnoreika@mnat.com | rherrmann@morrisjames.com |
| *Attorneys for Plaintiffs* | mmatterer@morrisjames.com |
| | aquinlan@morrisjames.com |
| | *Attorneys for Defendant* |
| | *Cobalt Laboratories, Inc.* |

| | |
|---|---|
| _____*/s/ Richard D. Kirk*_____<br>Richard D. Kirk (I.D. #922)<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>*Attorneys for Defendants*<br>*Lupin Pharmaceuticals Inc.*<br>*and Lupin Ltd.* | _____*/s/ Richard L. Horwitz*_____<br>Richard L. Horwitz (I.D. #2246)<br>David E. Moore (I.D. #3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Defendants*<br>*Orchid Pharmaceuticals Inc.,*<br>*Orchid Chemicals & Pharmaceuticals Ltd.,*<br>*Orgenus Pharma Inc.,*<br>*Barr Laboratories Inc.,*<br>*Barr Pharmaceuticals Inc.,*<br>*PLIVA d.d., PLIVA-HRVATSKA d.o.o.,*<br>*Dr. Reddy's Laboratories Inc.,*<br>*Genpharm Inc., Genpharm LP,*<br>*Interpharm Holdings Inc., Interpharm Inc.,*<br>*Mylan Pharmaceuticals Inc.,*<br>*Apotex Inc. and Apotex Corp.* |
| _____*/s/ Thomas G. Whalen, Jr.*_____<br>Joseph H. Huston, Jr. (I.D. #4035)<br>Thomas G. Whalen, Jr. (I.D. #4034)<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801<br>(302) 425-3310; -3304<br>jhh@stevenslee.com<br>tgw@stevenslee.com<br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA Inc.* | _____*/s/ Anne Shea Gaza*_____<br>Frederick L. Cottrell, III (I.D. #2555)<br>Anne Shea Gaza (I.D #4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>*Attorneys for Defendant*<br>*Upsher-Smith Laboratories Inc.* |

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ John M. Seaman* |
| Jeffrey L. Moyer (I.D. #3309) | Kevin G. Abrams (I.D. #2375) |
| Kelly E. Farnan (I.D #4395) | John M. Seaman (I.D. #3868) |
| RICHARDS, LAYTON & FINGER, P.A. | ABRAMS & LASTER LLP |
| One Rodney Square | 20 Montchanin Road, Suite 200 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 778-1000 |
| (302) 651-7700 | abrams@abramslaster.com |
| moyer@rlf.com | seaman@abramslaster.com |
| farnan@rlf.com | *Attorneys for Defendant Sun India* |
| *Attorneys for Defendants* | *Pharmaceutical Industries Limited* |
| *Wockhardt USA Inc.* | |
| *and Wockhardt Limited* | |

**SO ORDERED** this _____ day of July, 2008

_____
United States District Court Magistrate Judge