# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COBALT LABORATORIES INC., et al. ) <br> ) <br> Defendants. ) | Civil Action No. 08-0021 (GMS)(LPS) <br> (Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **COBALT LABORATORIES INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF'S (Nos. 1-116)**, were served upon the attorneys listed below as indicated on the 4th day of August, 2008:

| | |
|---|---|
| Jack B. Blumenfeld <br> Maryellen Noreika <br> MORRIS NICHOLS ARSHT & TUNNELL <br> 1201 N. Market Street <br> Wilmington, DE  19801 <br> jblumenfeld@mnat.com <br> mnoreika@mnat.com | Counsel for Plaintiffs <br><br> *VIA EMAIL AND HAND DELIVERY* |
| John Desmarais <br> Gerald J. Flattmann, Jr. <br> Melanie R. Rupert <br> KIRKLAND & ELLIS <br> Citigroup Center <br> 153 East 53rd Street <br> New York, NY  10022 <br> 212.446.4800 <br> jdesmarais@kirkland.com <br> gflattmann@kirkland.com <br> mrupert@kirkland.com | Counsel for Plaintiffs <br><br> *VIA EMAIL* |

| | |
|---|---|
| F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>212.326.3939<br>fdcerrito@jonesday.com<br>dlmalone@jonesday.com<br>estops@jonesday.com | Counsel for Plaintiffs Merz Pharma GMBH & Co. KGAA and Merz Pharmaceuticals GMBH<br><br>*VIA EMAIL* |
| Richard D. Kirk<br>Ashley B. Stitzer<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | Counsel for Defendants Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.<br><br>*VIA EMAIL AND HAND DELIVERY* |
| Douglas C. Hochstetler<br>Sailesh K. Patel<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>dhochstetler@schiffhardin.com<br>spatel@schiffhardin.com | Counsel for Defendants Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.<br><br>*VIA EMAIL* |
| D. Christopher Ohly<br>SCHIFF HARDIN LLP<br>1666 K Street, N.W., Suite 300<br>Washington, DC 20036<br>dcohly@schiffhardin.com | Counsel for Defendants Lupin Pharmaceuticals USA, Inc. and Lupin, Ltd.<br><br>*VIA EMAIL* |
| Jeffrey L. Moyer<br>Kelly E. Farnan<br>RICHARDS, LAYTON & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>farnan@rlf.com | Counsel for Defendants Wockhardt USA Inc. and Wockhardt Limited<br><br>*VIA EMAIL AND HAND DELIVERY* |

| | |
|---|---|
| Mark Boland<br>Michael R. Dzwonczyk<br>Renita S. Rathinam<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20037<br>mboland@sughrue.com<br>mdzwonczyk@sughrue.com<br>rrathinam@sughrue.com<br>cbiyer@sughrue.com | Counsel for Defendants Wockhardt USA Inc. and Wockhardt Limited<br><br>*VIA EMAIL* |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>gaza@rlf.com | Counsel for Defendant Upsher-Smith Laboratories Inc.<br><br>*VIA EMAIL AND HAND DELIVERY* |
| David E. Marder<br>Yixin H. Tang<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA  02199<br>demarder@rkmc.com<br>yhtank@rkmc.com | Counsel for Defendant Upsher-Smith Laboratories Inc.<br><br>*VIA EMAIL* |
| Jake M. Holdreith<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402<br>jmholdreith@rkmc.com | Counsel for Defendant Upsher-Smith Laboratories Inc.<br><br>*VIA EMAIL* |

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Counsel for Defendants<br>Orchid Pharmaceuticals Inc.,<br>Orchid Chemicals & Pharmaceuticals Ltd.,<br>Orgenus Pharma Inc.,<br>Barr Laboratories Inc.,<br>Barr Pharmaceuticals Inc.,<br>PLIVA d.d., PLIVA-HRVATSKA d.o.o.,<br>Dr. Reddy's Laboratories Inc., Dr. Reddy's Laboratories, Ltd.,<br>Genpharm Inc., Genpharm LP,<br>Interpharm Holdings Inc., Interpharm Inc.,<br>Mylan Pharmaceuticals Inc.,<br>Apotex Inc. and Apotex Corp.<br><br>***VIA EMAIL AND HAND DELIVERY*** |
| Robert B. Breisblatt<br>Stephen P. Benson<br>Craig M. Kuchii<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>robert.breisblatt@kattenlaw.com<br>stephen.benson@kattenlaw.com<br>craig.kuchii@kattenlaw.com | Counsel for Defendants Apotex Inc. and Apotex Corp.<br><br>***VIA EMAIL*** |
| Louis H. Weinstein<br>Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>lweinstein@budd-larner.com<br>bradin@budd-larner.com | Counsel for Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Interpharm Holdings, Inc. and Interpharm, Inc.<br><br>***VIA EMAIL*** |
| Roger J. Chin<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>rchin@wsgr.com | Counsel for Defendants Genpharm Inc., Genpharm LP and Mylan Pharmaceuticals Inc.<br><br>***VIA EMAIL*** |

| | |
|---|---|
| Ron E. Shulman<br>Terry Kearney<br>WILSON SONSINI GOODRICH & ROSATI<br>650 page Mill Road<br>Palo Alto, CA  94394-1050<br>rshulman@wsgr.com<br>tkearney@wsgr.com | Counsel for Defendants Genpharm Inc., Genpharm LP and Mylan Pharmaceuticals Inc.<br><br>*VIA EMAIL* |
| Lorelei Westin<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130<br>lwestin@wsgr.com | Counsel for Defendants Genpharm Inc., Genpharm LP and Mylan Pharmaceuticals Inc.<br><br>*VIA EMAIL* |
| Kenneth G. Schuler<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606<br>kenneth.schuler@lw.com | Counsel for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. And Orgenus Pharma Inc.<br><br>*VIA EMAIL* |
| Terence J. Connolly<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022-4834<br>terrence.connolly@lw.com | Counsel for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. And Orgenus Pharma Inc.<br><br>*VIA EMAIL* |
| Darryl H. Steensma<br>Amy P. Noss<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA  92130<br>darryl.steensma@lw.com<br>amy.noss@lw.com | Counsel for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. And Orgenus Pharma Inc.<br><br>*VIA EMAIL* |
| Thomas J. Meloro<br>Eugene L. Chang<br>Colman B. Ragan<br>WILKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099<br>tmeloro@wilkie.com<br>echang@wilkie.com<br>cragan@wilkie.com | Counsel for Defendants PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.<br><br>*VIA EMAIL* |

| | |
|---|---|
| Joseph Grey<br>Joseph H. Huston, Jr.<br>Thomas G. Whalen, Jr.<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801<br>(302) 425-3310; -3304<br>jg@stevenslee.com<br>jhh@stevenslee.com<br>tgw@stevenslee.com | Counsel for Defendant<br>Teva Pharmaceuticals USA Inc.<br><br>*VIA EMAIL AND HAND DELIVERY* |
| Michael M. Shen<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, DC  20035-1257<br>mshen@kenyon.com | Counsel for Defendant Teva<br>Pharmaceuticals USA, Inc.<br><br>*VIA EMAIL* |
| Steven J. Lee<br>Sheila Mortazavi<br>Merri C. Moken<br>Peter L. Giunta<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY  10004<br>slee@kenyon.com<br>smortazavi@kenyon.com<br>mmoken@kenyon.com<br>pgiunta@kenyon.com | Counsel for Defendant Teva<br>Pharmaceuticals USA, Inc.<br><br>*VIA EMAIL* |
| Kevin G. Abrams<br>John M. Seaman<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19801<br>(302) 778-1000<br>abrams@abramslaster.com<br>seaman@abramslaster.com | Counsel for Defendant Sun India<br>Pharmaceutical Industries Limited<br><br>*VIA EMAIL AND HAND DELIVERY* |

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006-3817
cklein@winston.com
jlevine@winston.com
jwong@winston.com
rnangia@winston.com

Counsel for Defendant Sun India
Pharmaceutical Industries Limited


***VIA EMAIL***


Dated:  August 4, 2008

   */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for COBALT LABORATORIES, INC.*