IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES INC., LUPIN PHARMACEUTICALS, INC., LUPIN LTD., ORCHID PHARMACEUTICALS INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD. (d/b/a ORCHID HEALTHCARE), TEVA PHARMACEUTICALS USA, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT USA INC., and WOCKHARDT LIMITED,<br><br>Defendants. | C.A. No. 08-021 (GMS) (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Collective Requests for the Production of Documents and Things to Defendants* were caused to be served on August 6, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire  *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP  *And HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Cobalt Laboratories Inc.*

| | |
|---|---|
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL  60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL*<br>   *and HAND DELIVERY* |
| Michael Dzwonczyk, Esquire<br>Mark Boland, Esquire<br>Chid Iyer, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC  23307<br>*Counsel for Wockhardt USA Inc. and*<br>*Wockhardt Limited* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>   *and HAND DELIVERY* |
| David E. Marder, Esquire<br>Jake M. Holdreith, Esquire<br>Yixin H. Tang, Esquire<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA  02199<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

- 3 -

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE  19801<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Kenneth G. Schuler, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower – Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Terrence J. Connolly, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue – Suite 1000<br>New York, NY  10022-4834<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Darryl H. Steensma, Esquire<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive – Suite 300<br>San Diego, CA  92130<br>*Counsel for Orchid Pharmaceuticals Inc. and*<br>*Orchid Chemicals & Pharmaceuticals Ltd*<br>*(d/b/a Orchid Healthcare)* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

Douglass C. Hochstetler, Esquire   *VIA ELECTRONIC MAIL*
D. Christopher Ohly, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
*Counsel for Lupin Pharmaceuticals USA, Inc.*
*and Lupin, Ltd.*

Joseph Grey, Esquire   *VIA ELECTRONIC MAIL*
Thomas G. Whalen, Jr., Esquire   *and HAND DELIVERY*
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Steven J. Lee, Esquire   *VIA ELECTRONIC MAIL*
Sheila Mortazavi, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY  10004

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                             */s/ Maryellen Noreika*

John Desmarais                          Jack B. Blumenfeld (#1014)
Gerald J. Flattmann, Jr.                Maryellen Noreika (#3208)
Melanie R. Rupert                       1201 North Market Street
KIRKLAND & ELLIS LLP                    P.O. Box 1347
Citigroup Center                        Wilmington, DE 19899-1347
153 East 53rd Street                    (302) 658-9200
New York, NY  10022                     jblumenfeld@mnat.com
(212) 446-4800                          mnoreika@mnat.com

F. Dominic Cerrito                      *Attorneys for Plaintiffs*
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 326-3939

August 6, 2008
1412309

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer, Esquire
        MORRIS JAMES LLP

        Kelly E. Farnan, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Frederick L. Cottrell, III, Esquire
        Anne Shea Gaza, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Richard D. Kirk, Esquire
        Ashley B. Stitzer, Esquire
        BAYARD, P.A.

        Joseph Grey, Esquire
        Thomas G. Whalen, Jr., Esquire
        STEVENS & LEE, P.C.

I further certify that I caused to be served copies of the foregoing document on August 6, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

- 2 -

Kelly E. Farnan, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  
*Counsel for Wockhardt USA Inc. and Wockhardt Limited*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Michael Dzwonczyk, Esquire  
Mark Boland, Esquire  
Chid Iyer, Esquire  
SUGHRUE MION, PLLC  
2100 Pennsylvania Avenue, N.W.  
Washington, DC  23307  
*Counsel for Wockhardt USA Inc. and Wockhardt Limited*

*VIA ELECTRONIC MAIL*

Frederick L. Cottrell, III, Esquire  
Anne Shea Gaza, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

David E. Marder, Esquire  
Jake M. Holdreith, Esquire  
Yixin H. Tang, Esquire  
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.  
Prudential Tower, 25th Floor  
800 Boylston Street  
Boston, MA  02199  
*Counsel for Upsher-Smith Laboratories Inc.*

*VIA ELECTRONIC MAIL*

Richard L. Horwitz, Esquire  
David E. Moore, Esquire  
POTTER ANDERSON & CORROON LLP  
1313 North Market Street – 6th Floor  
Wilmington, DE  19801  
*Counsel for Orchid Pharmaceuticals Inc. and Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare)*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Kenneth G. Schuler, Esquire                                                                 *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL  60606
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Terrence J. Connolly, Esquire                                                               *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
885 Third Avenue – Suite 1000
New York, NY  10022-4834
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Darryl H. Steensma, Esquire                                                                 *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12636 High Bluff Drive – Suite 300
San Diego, CA  92130
*Counsel for Orchid Pharmaceuticals Inc. and*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare)*

Richard D. Kirk, Esquire                                                                    *VIA ELECTRONIC MAIL*
Ashley B. Stitzer, Esquire                                                                     and HAND DELIVERY
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Counsel for Lupin Pharmaceuticals USA, Inc.*
*and Lupin, Ltd.*

Douglass C. Hochstetler, Esquire                                                            *VIA ELECTRONIC MAIL*
D. Christopher Ohly, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
*Counsel for Lupin Pharmaceuticals USA, Inc.*
*and Lupin, Ltd.*

- 4 -

Joseph Grey, Esquire  *VIA ELECTRONIC MAIL*
Thomas G. Whalen, Jr., Esquire  *and HAND DELIVERY*
STEVENS & LEE, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Steven J. Lee, Esquire  *VIA ELECTRONIC MAIL*
Sheila Mortazavi, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY  10004

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)