**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COBALT LABORATORIES INC., *et al.*, )<br>)<br>Defendants. ) | C.A. No. 08-21 (GMS) (LPS)<br>(Consolidated) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which the parties shall file their proposed Protective Order is extended through and including September 10, 2008. The parties request this extension to give them additional time to resolve remaining issues.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Maryellen Noreika*<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | */s/ Mary B. Matterer*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>Amy A. Quinlan (#3021)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>aquinlan@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Cobalt Laboratories, Inc.* |

BAYARD, P.A().

/s/ Richard D. Kirk
Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for Defendants*

*Lupin Pharmaceuticals Inc.
and Lupin Ltd.*

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Orchid Pharmaceuticals Inc.,
Orchid Chemicals & Pharmaceuticals Ltd.,
Orgenus Pharma Inc.,
Barr Laboratories Inc.,
Barr Pharmaceuticals Inc.,
PLIVA d.d., PLIVA-HRVATSKA d.o.o.,
Dr. Reddy's Laboratories Inc.,
Genpharm Inc., Genpharm LP,
Interpharm Holdings Inc., Interpharm Inc.,
Mylan Pharmaceuticals Inc.,
Apotex Inc. and Apotex Corp.*

STEVENS & LEE, P.C.

/s/ Thomas G. Whalen, Jr.
Joseph H. Huston, Jr. (#4035)
Thomas G. Whalen, Jr. (#4034)
1105 North Market Street, 7th Floor
Wilmington, DE  19801
(302) 425-3310; -3304
jhh@stevenslee.com
tgw@stevenslee.com

*Attorneys for Defendant
Teva Pharmaceuticals USA Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

3

| RICHARDS, LAYTON & FINGER, P.A. | ABRAMS & LASTER LLP |
|---|---|
| */s/ Kelly E. Farnan* <br> Jeffrey L. Moyer (#3309) <br> Kelly E. Farnan (#4395) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE  19801 <br> (302) 651-7700 <br> moyer@rlf.com <br> farnan@rlf.com <br><br> *Attorneys for Defendants* <br> *Wockhardt USA Inc.* <br> *and Wockhardt Limited* | */s/ John M. Seaman* <br> Kevin G. Abrams (#2375) <br> John M. Seaman (#3868) <br> 20 Montchanin Road, Suite 200 <br> Wilmington, DE  19801 <br> (302) 778-1000 <br> abrams@abramslaster.com <br> seaman@abramslaster.com <br><br> *Attorneys for Defendant* <br> *Sun India Pharmaceutical Industries Limited* |

SO ORDERED, this _____ day of _____, 2008.

_____
U.S. District Court Magistrate Judge