IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 08-021 (GMS) (LPS) |
| v. | ) | CONSOLIDATED |
| | ) | |
| COBALT LABORATORIES INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-022 (GMS) (LPS) |
| | ) | |
| BARR LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-052 (GMS) (LPS) |
| | ) | |
| DR. REDDY'S LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| FOREST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-291 (GMS) (LPS) |
| | ) | |
| ORGENUS PHARMA INC., | ) | |
| | ) | |
| Defendant. | ) | |

|                                           |   |                           |
|-------------------------------------------|---|---------------------------|
| FOREST LABORATORIES, INC., et al.,        ) |   |                           |
|                                           ) |   |                           |
| Plaintiffs,                               ) |   |                           |
|                                           ) |   |                           |
| v.                                        ) |   | C.A. No. 08-336 (GMS) (LPS) |
|                                           ) |   |                           |
| APOTEX INC., et al.,                      ) |   |                           |
|                                           ) |   |                           |
| Defendants.                               ) |   |                           |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Collective Requests for the Production of Documents and Things to Defendants* were caused to be served on August 21, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire  *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP  *and HAND DELIVERY*
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Cobalt Laboratories Inc.*

William A. Rakoczy, Esquire  *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Neil A. Benchell, Esquire
John Polivick, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Cobalt Laboratories Inc.*

Kelly E. Farnan, Esquire  *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.  *and HAND DELIVERY*
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Michael Dzwonczyk, Esquire  *VIA ELECTRONIC MAIL*
Mark Boland, Esquire
Chid Iyer, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 23307
*Counsel for Wockhardt USA Inc. and*
*Wockhardt Limited*

Frederick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Upsher-Smith Laboratories Inc.*

David E. Marder, Esquire  *VIA ELECTRONIC MAIL*
Jake M. Holdreith, Esquire
Yixin H. Tang, Esquire
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199
*Counsel for Upsher-Smith Laboratories Inc.*

Richard L. Horwitz, Esquire  *VIA ELECTRONIC MAIL*
David E. Moore, Esquire  *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801
*Counsel for Orchid Pharmaceuticals Inc.,*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare), PLIVA d.d.,*
*PLIVA-Hrvatska d.o.o., Barr Laboratories,*
*Inc., Barr Pharmaceuticals, Inc., Interpharm*
*Holdings, Inc., Interpharm, Inc., Dr. Reddy's*
*Laboratories, Inc., Dr. Reddy's Laboratories*
*Limited, Orgenus Pharma Inc., Genpharm*
*Inc., Genpharm, L.P., Mylan Pharmaceuticals*
*Inc., Apotex Inc. and Apotex Corp.*

Kenneth G. Schuler, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
Sears Tower – Suite 5800
233 South Wacker Drive
Chicago, IL 60606
*Counsel for Orchid Pharmaceuticals Inc.,*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare) and Orgenus*
*Pharma Inc.*

Terrence J. Connolly, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
885 Third Avenue – Suite 1000
New York, NY 10022-4834
*Counsel for Orchid Pharmaceuticals Inc.*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare) and Orgenus*
*Pharma Inc.*

Darryl H. Steensma, Esquire  *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
12636 High Bluff Drive – Suite 300
San Diego, CA 92130
*Counsel for Orchid Pharmaceuticals Inc.*
*Orchid Chemicals & Pharmaceuticals Ltd*
*(d/b/a Orchid Healthcare) and Orgenus*
*Pharma Inc.*

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
*Counsel for Lupin Pharmaceuticals USA, Inc.
and Lupin, Ltd.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Douglass C. Hochstetler, Esquire
D. Christopher Ohly, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
*Counsel for Lupin Pharmaceuticals USA, Inc.
and Lupin, Ltd.*

*VIA ELECTRONIC MAIL*

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
STEVENS & LEE, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Steven J. Lee, Esquire
Sheila Mortazavi, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Thomas J. Meloro, Esquire
Eugene L. Chang, Esquire
Coleman B. Ragan, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
*Counsel for PLIVA d.d., PLIVA-Hrvatska
d.o.o., Barr Laboratories, Inc. and Barr
Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Sun India Pharmaceutical*<br>*Industries Limited (a/k/a Sun Pharmaceutical*<br>*Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Sun India Pharmaceutical*<br>*Industries Limited (a/k/a Sun Pharmaceutical*<br>*Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Terry Kearney, Esquire<br>Roger J. Chin, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys Genpharm Inc., Genpharm, L.P. and*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Robert B. Breisblatt, Esquire                                    *VIA ELECTRONIC MAIL*
Stephen P. Benson, Esquire
Craig M. Kuchii, Esquire
Brain J. Sodikoff, Esquire
Jeremy C. Daniel, Esquire
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Apotex Inc. and Apotex Corp*

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Maryellen Noreika*

                                Jack B. Blumenfeld (#1014)
                                Maryellen Noreika (#3208)
                                1201 North Market Street
                                P.O. Box 1347
                                Wilmington, DE 19899-1347
                                (302) 658-9200
                                jblumenfeld@mnat.com
                                mnoreika@mnat.com

                                *Attorneys for Plaintiffs*

*Of Counsel:*
John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

August 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer, Esquire
>MORRIS JAMES LLP
>
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Richard D. Kirk, Esquire
>Ashley B. Stitzer, Esquire
>BAYARD, P.A.
>
>Joseph Grey, Esquire
>Thomas G. Whalen, Jr., Esquire
>STEVENS & LEE, P.C.
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on August 21, 2008 upon the following in the manner indicated:

| | |
|---|---:|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

| | |
|---|---|
| William A. Rakoczy, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>Neil A. Benchell, Esquire<br>John Polivick, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL  60610<br>*Counsel for Cobalt Laboratories Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Michael Dzwonczyk, Esquire<br>Mark Boland, Esquire<br>Chid Iyer, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC  23307<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| David E. Marder, Esquire<br>Jake M. Holdreith, Esquire<br>Yixin H. Tang, Esquire<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Prudential Tower, 25th Floor<br>800 Boylston Street<br>Boston, MA  02199<br>*Counsel for Upsher-Smith Laboratories Inc.* | *VIA ELECTRONIC MAIL* |

Richard L. Horwitz, Esquire  
David E. Moore, Esquire  
POTTER ANDERSON & CORROON LLP  
1313 North Market Street – 6th Floor  
Wilmington, DE 19801  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare), PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., Interpharm Holdings, Inc., Interpharm, Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Limited, Orgenus Pharma Inc., Genpharm Inc., Genpharm, L.P., Mylan Pharmaceuticals Inc., Apotex Inc. and Apotex Corp*

          *VIA ELECTRONIC MAIL*  
          *and HAND DELIVERY*

Kenneth G. Schuler, Esquire  
LATHAM & WATKINS LLP  
Sears Tower – Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.*

          *VIA ELECTRONIC MAIL*

Terrence J. Connolly, Esquire  
LATHAM & WATKINS LLP  
885 Third Avenue – Suite 1000  
New York, NY 10022-4834  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.*

          *VIA ELECTRONIC MAIL*

Darryl H. Steensma, Esquire  
LATHAM & WATKINS LLP  
12636 High Bluff Drive – Suite 300  
San Diego, CA 92130  
*Counsel for Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd (d/b/a Orchid Healthcare) and Orgenus Pharma Inc.*

          *VIA ELECTRONIC MAIL*

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>D. Christopher Ohly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>*Counsel for Lupin Pharmaceuticals USA, Inc.*<br>*and Lupin, Ltd.* | *VIA ELECTRONIC MAIL* |
| Joseph Grey, Esquire<br>Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Steven J. Lee, Esquire<br>Sheila Mortazavi, Esquire<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas J. Meloro, Esquire<br>Eugene L. Chang, Esquire<br>Coleman B. Ragan, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>*Counsel for PLIVA d.d., PLIVA-Hrvatska*<br>*d.o.o., Barr Laboratories, Inc. and Barr*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Sun India Pharmaceutical*<br>*Industries Limited (a/k/a Sun Pharmaceutical*<br>*Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Sun India Pharmaceutical*<br>*Industries Limited (a/k/a Sun Pharmaceutical*<br>*Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Terry Kearney, Esquire<br>Roger J. Chin, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys Genpharm Inc., Genpharm, L.P. and*<br>*Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Robert B. Breisblatt, Esquire  
Stephen P. Benson, Esquire  
Craig M. Kuchii, Esquire  
Brain J. Sodikoff, Esquire  
Jeremy C. Daniel, Esquire  
Joanna R. Stevason  
KATTEN MUCHIN ROSENMAN LLP  
525 W. Monroe Street  
Chicago, IL  60661  
*Attorneys for Apotex Inc. and Apotex Corp*

*VIA ELECTRONIC MAIL*

_____  
Maryellen Noreika (#3208)