# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 08-21-GMS-LPS |
| v. ) | |
| ) | (Consolidated) |
| COBALT LABORATORIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF COLIN C. HEITZMANN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun India Pharmaceutical Industries Ltd. (a/k/a Sun Pharmaceutical Industries Ltd.) in the above matter:  Colin C. Heitzmann, Winston & Strawn LLP, 1700 K Street, N.W. Washington, D.C.  20006-3817, (202) 282-5727.  Payment in the amount of $25.00 will be submitted to the Clerk's office the next business day.

OF COUNSEL:

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
Colin C. Heitzmann
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
Tel:    202.282.5000
Fax:    202.282.5100
cklein@winston.com
jlevine@winston.com
jwong@winston.com
rnangia@winston.com
cheitzmann@winton.com

DATED:  August 27, 2008

*/s/ John M. Seaman*
Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
Tel:    302.778.1000
Fax:    302.778.1001
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendant*
*Sun India Pharmaceutical Industries Ltd.*

{A&L-00072986-}

## **ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

                    _____
                      U.S. District Court Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Colin C. Heitzmann, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 27, 2008

Colin C. Heitzmann
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
cheitzmann@winston.com

{A&L-00072986-}