IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COBALT LABORATORIES INC., ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> FOREST LABORATORIES, INC., ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ORGENUS PHARMA INC., ) <br> ) <br> Defendant. ) | C.A. No. 08-21-GMS-LPS <br> (Consolidated) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Orgenus Pharma Inc. shall file its Reply Brief on its Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 87) on or before September 11, 2008.

This extension is being sought so that defendant Orgenus Pharma Inc. can coordinate and streamline its responses to the related issues raised in Plaintiffs' Answering Brief on the Motion to Dismiss and Plaintiffs' related Cross-Motion to Transfer (D.I. 153).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Maryellen Noreika*<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>jparrett@mnat.com<br><br>*Attorneys for Plaintiffs* | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant<br>Orgenus Pharma Inc.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

880027/32657