# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COBALT LABORATORIES, INC., ET AL.,<br><br>    Defendants. | |
| FOREST LABORATORIES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BARR LABORATORIES, INC., ET AL.,<br><br>    Defendants. | C.A. No. 08-21-GMS-LPS<br>(Consolidated) |
| FOREST LABORATORIES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DR. REDDY'S LABORATORIES, INC., ET AL.,<br><br>    Defendants. | |
| FOREST LABORATORIES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ORGENUS PHARMA, INC.,<br><br>    Defendant. | |
| FOREST LABORATORIES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>APOTEX, INC., ET AL.,<br><br>    Defendants. | |

### STIPULATION AND ORDER GRANTING PERMISSION
### TO FILE SUPPLEMENTAL BRIEFING IN CONNECTION WITH
### <u>DEFENDANT ORCHID INDIA'S MOTION TO DISMISS</u>

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs") and Defendants Orchid Chemicals & Pharmaceuticals Ltd. ("Orchid India") and Orchid Pharmaceuticals, Inc. ("Orchid Pharma") (collectively, "Defendants") hereby stipulate as follows:

WHEREAS Orchid India moved to dismiss Plaintiffs' claims against it on March 3, 2008 for lack of personal jurisdiction (D.I. 43);

WHEREAS Plaintiffs and Defendants entered into a stipulated jurisdictional discovery schedule (D.I. 64) on April 14, 2008;

WHEREAS Plaintiffs filed their opposition to Orchid India's motion to dismiss on June 27, 2008 (D.I. 100);

WHEREAS Defendants and Orgenus Pharma Inc. have represented to Plaintiffs that they located certain documents after Plaintiffs' opposition to Orchid India's motion to dismiss was filed, and have subsequently produced those documents to Plaintiffs; and

WHEREAS Plaintiffs were therefore unable to address or otherwise rely upon these documents in support of their opposition.

Now, THEREFORE, it is hereby Stipulated and Agreed that:

(1) Plaintiffs shall be permitted to file a supplemental opposition brief concerning documents produced after Plaintiffs' opposition to Orchid India's motion to dismiss was filed, and any previously-produced documents related thereto. Plaintiffs' brief shall be limited to five (5) pages and shall be due fourteen (14) calendar days after the entry of this Stipulation and Order.

2

(2)   Orchid India shall be permitted to file a supplemental reply brief to Plaintiffs' supplemental opposition brief. Orchid India's supplemental reply shall be limited to five (5) pages and shall be due fourteen (14) calendar days after the submission of Plaintiffs' supplemental opposition brief.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ David E. Moore |
| Jack B. Blumenfeld (# 1014)<br>Maryellen Noreika (# 3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard L. Horwitz (# 2246)<br>David E. Moore (# 3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Orchid Defendants* |
| *Of Counsel:* | *Of Counsel:* |
| John Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>(212) 446-4800 | LATHAM & WATKINS LLP<br>Kenneth G. Schuler<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| | Terrence J. Connolly<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 |
| F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3939 | Darryl H. Steensma<br>12636 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |

SO ORDERED this _____ day of September, 2008.

_____
United States Magistrate Judge