IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 08-21-GMS-LPS |
| v. ) | (Consolidated) |
| ) | |
| COBALT LABORATORIES INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF DISMISSAL
## OF THE BARR DEFENDANTS

**WHEREAS**, Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs"), initiated an action for patent infringement under 35 U.S.C., § 271(a), (b), (c) and (e)(2) against Defendants Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., PLIVA d.d. and PLIVA-Hrvatska d.o.o. (collectively, the "Barr Defendants").

**WHEREAS**, Plaintiffs allege that the Barr Defendants have infringed U.S. Patent No. 5,061,703 under 35 U.S.C. § 271 (e)(2) by filing ANDA No. 90-045, and would infringe under 35 U.S.C. §271(a), (b) and/or (c) for the commercial use, offer for sale and sale generic products pursuant to ANDA No. 90-045.

**WHEREAS**, the Barr Defendants deny infringement of U.S. Patent No. 5,061,703 and allege that the patent is invalid.

**WHEREAS**, the Barr Defendants have withdrawn ANDA No. 90-045.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the above filed action, subject to approval of the Court, that:

1. All claims and counterclaims by and between Plaintiffs and the Barr Defendants are dismissed without prejudice.

2. Each party shall be responsible for its own fees and costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Maryellen Noreika<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Of Counsel*:<br>John Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>(212) 446-4800<br><br>F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3939<br><br>*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGAA and Merz Pharmaceuticals GmbH* | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>D. Fon Muttamara-Walker (#4646)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>fmuttamara-walker@potteranderson.com<br><br>*Of Counsel:*<br><br>Thomas J. Meloro, Esq.<br>Eugene L. Chang, Esq.<br>Colman B. Ragan, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 Telephone<br>(212) 728-8111 Facsimile<br><br>*Attorneys for Defendants Barr Laboratories, Inc., PLIVA d.d. and PLIVA-Hrvatska d.o.o.* |

SO ORDERED this _____ day of _____, 2009.

_____
Gregory M. Sleet, Chief Judge